# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: EXELON BUSINESS SERVICES COMPANY, LLC
Plaintiff,
v.
PELCO STRUCTURAL, LLC
Defendant.

Case Number: 1:16-cv-611

An appearance is hereby filed by the undersigned as attorney for:

Attorney name (type or print): Tracy Hannan

Firm: Exelon Corporation

Street address: 10 South Dearborn Street
49th Floor
City/State/Zip: Chicago, IL 60603

Bar ID Number: 6281834
(See item 3 in instructions)

Telephone Number: (312) 394-8994

Email Address: tracy.hannan@exeloncorp.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | [x] | [ ] |
| Are you acting as local counsel in this case? | [x] | [ ] |
| Are you a member of the court's trial bar? | [ ] | [x] |
| If this case reaches trial, will you act as the trial attorney? | [x] | [ ] |

If this is a criminal case, check your status.
[ ] Retained Counsel
[ ] Appointed Counsel
If appointed counsel, are you a
[ ] Federal Defender
[ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 15, 2016

Attorney signature: S/ Tracy Hannan
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015