# AFFIDAVIT OF SPECIAL PROCESS SERVER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

CASE NO.: 1:16-cv-611

EXELON BUSINESS SERVICES COMPANY, LLC V. PELCO STRUCTURAL, LLC

___KEVIN WILLIAMS___, being first duly sworn on oath deposes and states that he/she is over the age of 18 and not a party to and has no interest in this matter and that he/she attempted service of the following: **Summons; Complaint; Attorney Appearance Form** to **Pelco Structural, LLC c/o Phil B. Albert** located at **1501 Industrial Blvd., Claremore, OK 74017** resulting in:

__v__ Authorized service to an individual of the company willing and able to accept on behalf of the subject/respondent/witness on the __21__ day of __JANUARY__, 2016 at __10:06__ __A__.M.
Name: __DANI MUNROE__  Title: __PERSONAL SECRETARY__

_____ Non-Service for the following reasons with the DATE and TIME of each attempt listed:

_____
_____
_____
_____

A description of the person with whom the documents were left is as follows:

| | | | |
|---|---|---|---|
| Sex: | F | Hair Color/Style: | BROWN |
| Race: | W | Height (approx.): | 5'9" |
| Age (approx.) | 35-40 | Weight (approx.): | 140 |

Notable Features/Notes: _____

Signed and Sworn to before me

This __21__ day of __JANUARY__, 2016.

_____
Notary Public

BRYAN SMITH
Notary Public
State of Oklahoma
Commission # 01013164  Expires 08/31/17

Served By:

v ___Kevin D. Will...___

__PROCESS SERVER #__
Title

16-00518

Service was completed by an independent contractor retained by It's Your Serve, Inc.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

EXELON BUSINESS SERVICES
COMPANY, LLC

CASE NUMBER: 1:16-cv-611

V.

ASSIGNED JUDGE: Hon. Robert M. Dow, Jr.

PELCO STRUCTURAL, LLC

DESIGNATED
MAGISTRATE JUDGE: Hon. Maria Valdez

TO: (Name and address of Defendant)

PELCO STRUCTURAL, LLC
c/o PHIL B ALBERT
1501 Industrial Boulevard
Claremore, Oklahoma 74017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tracy A. Hannan, Assistant General Counsel, Exelon Corporation, 10 S. Dearborn St., 49th Floor, Chicago, Illinois 60603, 312-394-8994, Tracy.Hannan@exeloncorp.com

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK



January 15, 2016

DATE