**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:16-cv-00611 |
| v. | ) ) | Judge Robert M. Dow |
| PELCO STRUCTURAL, LLC | ) ) ) | |
| Defendant. | ) | |

**PLAINTIFF EXELON BUSINESS SERVICES COMPANY, LLC'S MOTION TO DISMISS AND/OR STRIKE DEFENDANT'S COUNTERCLAIM**

Plaintiff Exelon Business Services Company, LLC ("Exelon") hereby moves, pursuant to Federal Rules of Civil Procedure 12(b)(6) and (f), to dismiss and/or strike Counts I and II of Defendant Pelco Structural, LLC's ("Pelco") Counterclaim. Pelco's counts for declaratory judgment and promissory estoppel are redundant and fail to state a claim upon which relief could be granted.

A Memorandum in Support of this Motion is attached hereto and incorporated herein.

Respectfully submitted,

EXELON BUSINESS SERVICES COMPANY, LLC

/s/ Tracy Hannan
One of its attorneys

Tracy A. Hannan
ARDC # 6281834
Assistant General Counsel
Exelon Corporation
10 S. Dearborn St., 49th Floor
Chicago, Illinois 60603
Telephone: 312-394-8994
Facsimile: 312-394-8322
Tracy.Hannan@exeloncorp.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, an attorney, hereby certify that I served the above and foregoing **EXELON BUSINESS SERVICES COMPANY, LLC'S MOTION TO DISMISS AND/OR STRIKE DEFENDANT'S COUNTERCLAIMS AND MEMORANDUM IN SUPPORT** by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 8th day of March 2016.

      /s/ Tracy Hannan
      Tracy A. Hannan
      *Attorney for Exelon Business Services Co., LLC*