**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:16-cv-611 |
| v. | ) ) | Judge Robert M. Dow |
| PELCO STRUCTURAL, LLC | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff Exelon Business Services Company, LLC ("Plaintiff") and Defendant Pelco Structural, LLC ("Defendant") (together, the "Parties"), by and through their counsel, hereby submit this Joint Status Report to notify the Court that the Parties intend to participate in a private mediation in an effort to resolve the matter without the need for further litigation. The parties have selected a mediator and are currently working to schedule the mediation for November 2016. To preserve resources, the Parties have agreed to stay discovery of this matter pending the mediation and therefore respectfully request a stay of the current discovery deadline of October 31, 2016. A status is currently set in this matter for October 20, 2016 at 9am. The Parties also respectfully request that this status be postponed until after the mediation.

Dated: October 17, 2016        Respectfully submitted,

**EXELON BUSINESS SERVICES COMPANY, LLC**

By:    /s/ Tracy A. Hannan
        Tracy A. Hannan
        ARDC # 6281834
        Assistant General Counsel
        Exelon Corporation

1

                10 S. Dearborn St., 49th Floor
                Chicago, Illinois 60603
                Telephone: 312-394-8994
                Facsimile: 312-394-8322
                Tracy.Hannan@exeloncorp.com

**PELCO STRUCTURAL, LLC**

By:   /s/ Robert J. Franco
       Robert J. Franco
       ARDC # 6187971
       Franco & Moroney, LLC
       500 West Madison St., Suite 2440
       Chicago, Illinois 60661
       Telephone: (312) 469-1000
       Robert.franco@francomoroney.com

## CERTIFICATE OF SERVICE

      I, the undersigned, an attorney, hereby certify that I served the above and foregoing *Joint Status Report*, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 17th day of October 2016.

      /s/ Tracy A. Hannan
      Tracy A. Hannan
      *Attorney for Plaintiff*