**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC | ) ) | |
| Plaintiff, | ) ) | Case No. 1:16-cv-00611 |
| v. | ) ) | Judge Robert M. Dow |
| PELCO STRUCTURAL, LLC | ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Plaintiff Exelon Business Services Company, LLC ("Plaintiff") and Defendant Pelco Structural, LLC ("Defendant") (together, the "Parties"), by and through their counsel, hereby submit a Joint Status Report to update the Court on the Parties' settlement efforts and the status of the litigation.

The Parties engaged in a private mediation with mediator Stanley Sklar on December 7, 2016. At the conclusion of the mediation, the Parties agreed to exchange certain information that they believed could help facilitate a settlement. The Parties are currently in the process of exchanging and reviewing that information and have agreed to resume the mediation, subject to the mediator's availability, in February 2017.

The Parties respectfully request that discovery be further stayed until after the February 2017 mediation is complete or such earlier time that the Parties notify the Court that their settlement efforts have been exhausted and that discovery should resume.

Dated: December 29, 2016    Respectfully submitted,

**EXELON BUSINESS SERVICES COMPANY, LLC**

By:    /s/ Tracy A. Hannan
      Tracy A. Hannan
      ARDC # 6281834
      Assistant General Counsel
      Exelon Corporation
      10 S. Dearborn St., 49th Floor
      Chicago, Illinois  60603
      Telephone: 312-394-8994
      Facsimile: 312-394-8322
      Tracy.Hannan@exeloncorp.com

**PELCO STRUCTURAL, LLC**

By:    /s/ Robert J. Franco
      Robert J. Franco
      ARDC # 6187971
      Franco & Moroney, LLC
      500 West Madison St., Suite 2440
      Chicago, Illinois 60661
      Telephone: (312) 469-1000
      Robert.franco@francomoroney.com

**CERTIFICATE OF SERVICE**

      I, the undersigned, an attorney, hereby certify that I served the above and foregoing ***Joint Status Report***, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 29th day of December 2016.

                                            /s/ Robert J. Franco
                                            Robert J. Franco
                                            *Attorney for Defendant*