**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC | ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-00611 |
| v. | ) ) | Judge Robert M. Dow |
| PELCO STRUCTURAL, LLC | ) ) | |
| Defendant. | ) ) | |

**JOINT STATUS REPORT**

Plaintiff Exelon Business Services Company, LLC ("Plaintiff") and Defendant Pelco Structural, LLC ("Defendant") (together, the "Parties"), by and through their counsel, hereby submit a Joint Status Report to update the Court on the Parties' settlement efforts and the status of the litigation.

The Parties engaged in a private mediation with on December 7, 2016. At the conclusion of the mediation, the Parties agreed to exchange certain information that they believed could help facilitate a settlement. After review of that information, the parties agreed to a tentative date in mid-March 2017 to continue the mediation. However, the mediator fell ill in early January and has not yet been able to commit to the mid-March mediation date. The parties are awaiting confirmation from the mediator regarding his ability in the near-term to conduct the continued mediation and expect to have that information very soon.

The Parties respectfully request that discovery be further stayed pending notification from the mediator regarding his ability to conduct the mediation tentatively set for March 13 or 14, 2017 and that they be allowed to update the Court as to the status on or before March 15, 2017. In the meantime, the parties are discussing alternate means of facilitating settlement. The

parties do not wish to unduly delay this matter and are working diligently to advance their settlement efforts.

Dated: March 3, 2017 Respectfully submitted,

**EXELON BUSINESS SERVICES COMPANY, LLC**

By: /s/ Tracy A. Hannan
Tracy A. Hannan
ARDC # 6281834
Assistant General Counsel
Exelon Corporation
10 S. Dearborn St., 49th Floor
Chicago, Illinois 60603
Telephone: 312-394-8994
Facsimile: 312-394-8322
Tracy.Hannan@exeloncorp.com

**PELCO STRUCTURAL, LLC**

By: /s/ Robert J. Franco
Robert J. Franco
ARDC # 6187971
Franco & Moroney, LLC
500 West Madison St., Suite 2440
Chicago, Illinois 60661
Telephone: (312) 469-1000
Robert.franco@francomoroney.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, an attorney, hereby certify that I served the above and foregoing ***Joint Status Report***, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 3rd day of March 2017.

                                                    /s/ Robert J. Franco