**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC | ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-00611 |
| v. | ) ) | Judge Robert M. Dow |
| PELCO STRUCTURAL, LLC | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff Exelon Business Services Company, LLC ("Plaintiff") and Defendant Pelco Structural, LLC ("Defendant") (together, the "Parties"), by and through their counsel, hereby submit a Joint Status Report to update the Court on the Parties' settlement efforts and the status of the litigation, as requested by the Court's March 6, 2017 Order [Dkt. No. 60].

As the parties previously informed the Court, the parties had intended to complete their mediation efforts this month, but those efforts have been delayed due to health issues affecting the original mediator. Since the parties' filing of their last status report on March 3, 2017 [Dkt. No. 59], it has been confirmed that the original mediator will not be able to further assist the parties in their settlement efforts. As a result, the parties have exchanged a new list of possible mediators and are close to selecting a new mediator to facilitate the parties' settlement efforts. The parties are working diligently to finalize the selection process and to schedule the mediation.

The parties respectfully request that discovery be further stayed until completion of the next round of mediation. The parties respectfully suggest that they submit an updated status report to the Court within thirty (30) days or within five (5) business days after completion of the mediation, whichever occurs earlier.

Dated: March 20, 2017                    Respectfully submitted,

**EXELON BUSINESS SERVICES COMPANY, LLC**

By:   /s/ Tracy A. Hannan
     Tracy A. Hannan
     ARDC # 6281834
     Assistant General Counsel
     Exelon Corporation
     10 S. Dearborn St., 49th Floor
     Chicago, Illinois  60603
     Telephone: 312-394-8994
     Facsimile: 312-394-8322
     Tracy.Hannan@exeloncorp.com


**PELCO STRUCTURAL, LLC**

By:   /s/ Robert J. Franco
     Robert J. Franco
     ARDC # 6187971
     Franco & Moroney, LLC
     500 West Madison St., Suite 2440
     Chicago, Illinois 60661
     Telephone: (312) 469-1000
     Robert.franco@francomoroney.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, an attorney, hereby certify that I served the above and foregoing ***Joint Status Report***, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 20th day of March 2017.

                                                  /s/ Tracy A. Hannan
                                      Tracy Hannan
                                      *Counsel for Exelon Business Services Co., LLC*