**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC | ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-00611 |
| v. | ) ) | Judge Robert M. Dow |
| PELCO STRUCTURAL, LLC | ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff Exelon Business Services Company, LLC ("Plaintiff") and Defendant Pelco Structural, LLC ("Defendant") (together, the "Parties"), by and through their counsel, hereby submit a Joint Status Report to update the Court on the Parties' settlement efforts and the status of the litigation, as requested by the Court's March 21, 2017 Order [Dkt. No. 62].

The parties have scheduled a second private mediation with the Honorable Wayne R. Andersen through JAMS, to take place on May 17, 2017. The parties respectfully request that they submit an updated status report regarding settlement efforts within five (5) business days after completion of the May 17 mediation.

Dated: April 13, 2017          Respectfully submitted,

**EXELON BUSINESS SERVICES COMPANY, LLC**


By:   /s/ Tracy A. Hannan
        Tracy A. Hannan
        ARDC # 6281834
        Assistant General Counsel
        Exelon Corporation
        10 S. Dearborn St., 49th Floor
        Chicago, Illinois  60603

1

                    Telephone: 312-394-8994
                    Facsimile: 312-394-8322
                    Tracy.Hannan@exeloncorp.com

**PELCO STRUCTURAL, LLC**

By:   /s/ Robert J. Franco
       Robert J. Franco
       ARDC # 6187971
       Franco & Moroney, LLC
       500 West Madison St., Suite 2440
       Chicago, Illinois 60661
       Telephone: (312) 469-1000
       Robert.franco@francomoroney.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby certify that I served the above and foregoing ***Joint Status Report***, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 13th day of April 2017.

        /s/ Tracy A. Hannan
Tracy Hannan
*Counsel for Exelon Business Services Co., LLC*