IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC | ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-00611 |
| v. | ) ) | Judge Robert M. Dow |
| PELCO STRUCTURAL, LLC | ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Plaintiff Exelon Business Services Company, LLC ("Plaintiff") and Defendant Pelco Structural, LLC ("Defendant") (together, the "Parties"), by and through their counsel, hereby submit a Joint Status Report to update the Court on the Parties' settlement efforts and the status of the litigation, as requested by the Court's April 17, 2017 Order [Dkt. No. 64].

The parties conducted a second mediation on May 17, 2017. Despite their good faith efforts, the parties have been unable to resolve the dispute at this time. The parties will therefore resume the litigation. In order to set a new schedule, the parties respectfully request a status conference with the Court on June 15 or June 16, 2017, subject, of course, to the Court's availability.

Dated: May 19, 2017                     Respectfully submitted,

                                                       **EXELON BUSINESS SERVICES COMPANY, LLC**

                                                       By:     /s/ Tracy A. Hannan
                                                               Tracy A. Hannan
                                                                ARDC # 6281834
                                                                Assistant General Counsel
                                                                Exelon Corporation

        10 S. Dearborn St., 49th Floor
        Chicago, Illinois  60603
        Telephone: 312-394-8994
        Facsimile: 312-394-8322
        Tracy.Hannan@exeloncorp.com

**PELCO STRUCTURAL, LLC**

By:   /s/ Robert J. Franco
       Robert J. Franco
       ARDC # 6187971
       Franco & Moroney, LLC
       500 West Madison St., Suite 2440
       Chicago, Illinois 60661
       Telephone: (312) 469-1000
       Robert.franco@francomoroney.com

Case: 1:16-cv-00611 Document #: 65 Filed: 05/19/17 Page 2 of 3 PageID #:621

## **CERTIFICATE OF SERVICE**

      I, the undersigned, an attorney, hereby certify that I served the above and foregoing ***Joint Status Report***, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 19th day of May 2017.

                                              /s/ Tracy A. Hannan
                                              Tracy Hannan
                                              *Counsel for Exelon Business Services Co., LLC*