**IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Exelon Business Services Company, LLC., <br><br> Plaintiff(s), <br><br> v. <br><br> Pelco Structural, LLC, <br><br> Defendant(s). | Case No. 16-cv-611 <br> Judge Robert M. Dow |

## **ORDER**

The Clerk of Court has notified the Court that as of October 1, 2017, Scott O. Reed had not renewed his membership in the Court's Trial Bar as required under Local Rule 83.11(i). Scott O. Reed is given 14 days from the date of this order to renew his membership or be subject to removal as lead counsel from this matter. If Scott O. Reed has renewed his membership since October 1, 2017, he need not take any further action in response to this order.

Date: 10/25/2017

Robert M. Dow, Jr.
United States District Judge