IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC | )<br>)<br>) |
| Plaintiff, | ) Case No. 16-cv-00611<br>) |
| v. | ) Judge Robert M. Dow<br>) |
| PELCO STRUCTURAL, LLC | ) Magistrate Judge Maria Valdez<br>) |
| Defendant. | ) |

## JOINT STATUS REPORT

Plaintiff Exelon Business Services Company, LLC ("Plaintiff" or "Exelon") and Defendant Pelco Structural, LLC ("Defendant" or "Pelco") (together, the "Parties"), by and through their counsel, hereby submit the following Joint Status Report.

Exelon has sued Pelco for breach of contract related to Pelco's manufacture and supply of conductor arms to Exelon for use in the Illinois Tollway's Elgin/O'Hare Project in 2014 ("Tollway Project"). After installation, one of the Pelco-supplied conductor arms failed. Exelon seeks approximately $3,000,000.00 in damages for the replacement and reinstallation of the conductor arms.

The Parties engaged in a private mediation on December 7, 2016. At the conclusion of the mediation, the Parties agreed to exchange certain information that they believed could help facilitate a settlement. After review of that information, the Parties agreed to a second mediation on May 17, 2017. Despite their good faith efforts, the Parties were unable to resolve the dispute.

As part of its discovery efforts regarding the appropriateness of Exelon's replacement costs, Pelco sought, pursuant to Federal Rule of Civil Procedure 30(b)(6), the deposition of the corporate representative of third party, M.J. Electric, which conducted remediation and

1

replacement work for Exelon following the arm failure. Counsel for M.J. Electric objected to the scope of Pelco's Rule 30(b)(6) Rider and also refused to make a representative available unless Pelco agreed to pay for half of the fees and costs incurred by M.J. Electric in preparing for and participating in the deposition. Due in part to M.J. Electric's substantial interest in the litigation, Pelco declined the request. Thereafter, M.J. Electric filed its Motion to Quash on October 18, 2017. Said motion was subsequently referred to Magistrate Judge Valdez on October 23, 2017. As of the date of the filing of this Joint Status Report, there has been no briefing schedule set on the motion.

To date, written discovery has been completed between Exelon and Pelco and all subpoenas to non-parties have been issued with responsive documents received. Additionally, several depositions have been taken in this matter, all within the last month: Mark Bartolameolli of Exelon on October 5, 2017, and four employees or former employees of Pelco on October 24-25, 2017: Kasey Scott, James Sutphen, Darrell Nelson, and Larry Barry. The deposition of Alex Scarpelli of Exelon is currently scheduled for November 6, 2017. The deposition of Tyler Petersen of Exelon was scheduled for October 27, 2017, but was cancelled at the request of Exelon's counsel on October 26, 2017, due to an illness. The parties are in the process of rescheduling Mr. Petersen's deposition.

In addition to the above, Pelco will be requesting the deposition of Ankita Malhotra of Exelon, and will be seeking the deposition of the M.J. Electric manager and site supervisor as well as the 30(b)(6) representative(s) of M.J. Electric. There are currently no dates scheduled for these depositions. Exelon will be requesting the deposition of Phil Albert and William Dunlap of Pelco.

Judge Dow closed written discovery on June 29, 2017. No other discovery dates have been set.

The Parties do not consent to trial before a Magistrate Judge.

Dated: October 27, 2017

Respectfully submitted,

**EXELON BUSINESS SERVICES COMPANY, LLC**

By:   /s/ Tracy A. Hannan
      Tracy A. Hannan
      ARDC # 6281834
      Assistant General Counsel
      Exelon Corporation
      10 S. Dearborn St., 49th Floor
      Chicago, Illinois 60603
      Telephone: 312-394-8994
      Facsimile: 312-394-8322
      Tracy.Hannan@exeloncorp.com

**PELCO STRUCTURAL, LLC**

By:   /s/ Robert J. Franco
      Robert J. Franco
      ARDC # 6187971
      Franco & Moroney, LLC
      500 West Madison St., Suite 2440
      Chicago, Illinois 60661
      Telephone: (312) 469-1000
      Robert.franco@francomoroney.com

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby certify that I served the above and foregoing *Joint Status Report*, by causing a true and accurate copy of such paper to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system, on this the 27th day of October 2017.

/s/ Robert J. Franco

[x] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC<br><br>Plaintiff,<br><br>v.<br><br>PELCO STRUCTURAL, LLC<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:16-cv-00611<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING

**TO:** Tracy A. Hannan
Assistant General Counsel
Exelon Corporation
10 S. Dearborn St., 49th Floor
Chicago, Illinois 60603
t: 312-394-8994
Tracy.Hannan@exeloncorp.com

PLEASE TAKE NOTICE that on October 27, 2017, we filed electronically with the United States District Court for the Northern District of Illinois, Eastern Division **JOINT STATUS REPORT** copies of which are hereby served upon you.

Robert J. Franco
Andrew P. Lesko
FRANCO & MORONEY, LLC
500 West Madison Street, Suite 2440
Chicago, Illinois 60661
(312) 469-1000 – Phone
(312) 469-1011 – Fax

## CERTIFICATE OF SERVICE

The undersigned states that they served the foregoing Notice of Filing and the pleading referred to therein upon the attorney(s) to whom it is directed by CM/ECF electronic filing system on October 27, 2017.

/s/ Robert J. Franco
[x] Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth herein are true and correct.