IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC | ) ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-00611 |
| v. | ) ) ) | |
| PELCO STRUCTURAL, LLC | ) ) | Magistrate Judge Maria Valdez |
| Defendant. | ) ) | |

## AGREED MOTION TO CONTINUE DISCOVERY DEADLINES

NOW COMES Defendant, PELCO STRUCTURAL, LLC, by and through its attorneys, Franco Moroney & Buenik, LLC, and for its Agreed Motion to Continue Discovery Deadlines states as follows:

1. By Order dated November 28, 2017, this Court ruled as follows: expert testimony shall be disclosed by 4/1/18; depositions of disclosed experts shall be completed by 6/1/18; rebuttal experts (if any) shall be disclosed by 7/15/18; and depositions of disclosed rebuttal experts shall be completed by 8/31/18.

2. Depositions of witnesses from non-party M.J. Electric concluded on February 6, 2018.

3. The deposition of Phil Albert, President of Pelco Structural, concluded on February 9, 2018, such that fact discovery is closed. The remaining discovery relates to experts.

4. Counsel for Pelco will leave the United States on March 15, 2018, and will be in a remote part of Oceana, where the communications are reported to be spotty and unreliable.

5. Counsel for Pelco returns to the United States on April 1, 2018 after 28 hours in transit.

6. Due to the difficulty of Pelco's counsel being able to complete the expert disclosures and the complexity of the issues involved in this case, the parties have jointly agreed to the need for an extension of seven days for all remaining discovery deadlines.

7. Therefore, Defendant is requesting an order be granted setting new discovery deadlines as follows:

   a. Expert testimony shall be disclosed by **4/8/18**;

   b. Depositions of disclosed experts shall be completed by **6/8/18**;

   c. Rebuttal experts (if any) shall be disclosed by **7/22/18**; and

   d. Depositions of disclosed rebuttal experts shall be completed by **9/07/18**.

5. This extension will not require a continuance of the status hearing currently set for April 5, 2018.

WHEREFORE, Defendant, PELCO STRUCTURAL, LLC, respectfully requests this Court issue an Order granting the extension of all remaining discovery deadlines by seven days in accordance with the dates identified above.

Respectfully submitted,

**PELCO STRUCTURAL, LLC**

By: \_\_\_/s/ Robert J. Franco_____
Robert J. Franco
ARDC # 6187971
Franco & Moroney, LLC
500 West Madison St., Suite 2440
Chicago, Illinois 60661
Telephone: (312) 469-1000
Robert.franco@francomoroney.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC | ) ) ) | |
| Plaintiff, | ) ) | Case No. 16-cv-00611 |
| v. | ) ) ) | |
| PELCO STRUCTURAL, LLC | ) ) | Magistrate Judge Maria Valdez |
| Defendant. | ) | |

## PROPOSED ORDER

Before the Court is Pelco Structural, LLC's Agreed Motion to Continue Discovery Deadlines. Having carefully considered the issue, this Court finds that the Motion should be **GRANTED**. The Court therefore orders the following deadlines for discovery:

Expert testimony shall be disclosed by **4/8/18**;

Depositions of disclosed experts shall be completed by **6/8/18**;

Rebuttal experts (if any) shall be disclosed by **7/22/18**; and

Depositions of disclosed rebuttal experts shall be completed by **9/07/18**.

**SO ORDERED.**              **ENTERED:**

DATE:_____     _____
                                 **HON. MARIA VALDEZ**
                                 **United States Magistrate Judge**