UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EXELON BUSINESS SERVICES
COMPANY, LLC,

        Plaintiff,

v.

PELCO STRUCTURAL, LLC,

        Defendant.

Case No.: 1:16-cv-00611

Hon. Robert M. Dow, Jr.

**PLAINTIFF EXELON BUSINESS SERVICES COMPANY, LLC'S
INDEX OF EXHIBITS FOR ITS TRIAL BRIEF**

| No. | Description |
|---|---|
| 1 | Expert Report and Disclosure of Mark Hosfield |
| 2 | Exelon EOWA Elgin–O'Hare Steel Poles RFP (Event-5537) |
| 3 | Pelco Answer, Affirmative Defenses and Counterclaim to Plaintiff's First Amended Complaint |
| 4 | Exelon Purchase Order Revision |
| 5 | Master Terms and Conditions for the Purchase of Materials and Services Between Exelon and Pelco |
| 6 | Scope of Work for Pelco |
| 7 | Pelco Approved Design Drawing |
| 8 | American Welding Society (AWS) D1 Committee on Structural Welding, AWS D1.1/D1.1M:2010 |
| 9 | Pelco Welding Specifications and Procedures, 2.1.1 |
| 10 | Pelco Field Inspection Report |
| 11 | Pelco Responses to Interrogatories |
| 12 | Email from Kasey Scott, December 12, 2014 |
| 13 | Email from Matt Krafft, December 12, 2014 |
| 14 | Deposition of Pelco 30(b)(6) Representative, James Sutphen, October 25, 2017 |
| 15 | Ultrasonic Examination Reports of Team Industrial Services |
| 16 | Test Report of Mark Landow, January 5, 2015 |