# EXHIBIT 12

**Danette Boston**

| | |
|---|---|
| From: | Kasey Scott |
| Sent: | Friday, December 12, 2014 4:29 PM |
| To: | Bartolameolli, Mark S:(ComEd) (mark.bartolameolli@ComEd.com) |
| Cc: | Kelly Gaunce (kelly.gaunce@exeloncorp.com); Malhotra, Ankita:(BSC) |
| Subject: | EOWA Elgin-O'Hare – Pelco Job 3967 |
| Attachments: | RCM Weld Calcs.pdf; RCM Weld.pdf |

Mark,

Attached is the detail drawing (shop drawing) of our relief cut method as well as the weld calculation and procedure.

Kind regards,

M. Kasey Scott
Vice President of Sales
**Pelco Structural, LLC**
1501 Industrial Blvd.
Claremore, OK 74017

918.283.4004 Phone
918.283.4005 Fax
918.200.2490 Cell



Confidentiality Note: The information contained in this email is confidential and intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is unlawful and strictly prohibited. If you have received this communication in error, please notify the sender immediately and erase any electronic copies of this message and any attachments and destroy any printed copies of this message.

1



Customer: _____  Quote/Job No.: 5961  Date: 10-12-14

By: JRS   Chk: _____   Project: LS 1494 -- A.H. LILLY WELD

< 66% PEN

$P_{max} = (t)(F_y)(0.6R) = 16,050^\#$

$t = 5/16$ in

$F_y = 65.0$ ksi

$CSR = 0.544$

$P_{allow} = (t)(0.6)(F_a) = 13,542$ ksi

$t = 5/16$ in

$F_a \approx F_y$

[Seal: LICENSED PROFESSIONAL ENGINEER — JAMES RUSSELL SUTPHEN — 15009 — OKLAHOMA]

12/12/14

Sheet: 1 of 1

000680PELCO



Pelco Structural, LLC
1501 Industrial Blvd.
Claremore, OK 74017

### AWS D1.1 Prequalified Welding Procedure Specification (WPS)

WPS No. P003    Date 1/21/2011    Rev. No. 0                                    Page 1 of 1
Prepared By:                Michael Rinearson            Date 1/21/2011    Quality Assurance Manager
Welding Process GMAW        Welding Method Semiautomatic

**Joint Design Used**                                       Joint Designation BC-P2-GF
Weld Type PJP Groove welds
Joint Type Butt or corner joint
Groove Type Single-V groove
Double Welded No
Backing No        Material N/A
Root Opening 0 in.        Root Face 1/8 min.
Groove Angle 60°        Radius N/A
Back Gouging No        Method N/A
Weld Size (E) = S
Minimum PJP Weld Size (E) must meet requirements of Table 3.4



**Base Metals**                                             **Position**
Base Metal ASTM A 572, Grade 65                             Weld Position: Groove  Flat & Horizontal
Thickness: Groove 1/4 in. min.                              Weld Position: Fillet  N/A
Thickness: Fillet N/A                                       Vertical Progression  N/A
Pipe Diameter N/A

**Filler Metals**                                           **Electrical Characteristics**
AWS Specification 5.28                                      Power Source
AWS Classification E80C-Ni1                                 Output Constant Voltage
Trade Name Hobart Metalloy Vantage Ni1                      Current / Polarity DCEP (reverse)
Weld Size 0.25 in.                                          Transfer Mode Spray arc
                                                            Tungsten Electrode: Type N/A        Size N/A
**Shielding**                                               **Technique**
Gas 80% Argon, 20% CO2     Flow Rate 36-45 CFH              Stringer or Weave Bead  Stringer bead
Gas Cup Size N/A                                            Multi-pass or Single Pass (per side)  Single or multipass
Electrode-Flux (Class) N/A                                  Number of Electrodes  1
Flux Trade Name N/A                                         Electrode Spacing: Longitudinal N/A
                                                              Lateral N/A              Angle N/A
**Preheat**                                                 Contact Tube to Work Distance  3/4 in.
Preheat Temperature, Min. 50°F                              Peening  Not allowed
Interpass Temperature, Min. 50°F        Max. 300°F          Interpass Cleaning  Wire brush or grinder
Minimum Preheat and Interpass Temperatures for given thickness:
    1/8" thru 3/4" incl.: 50°F                              **Postweld Heat Treatment**
    Over 3/4" thru 1-1/2" incl.: 150°F                      Temperature None
    Over 1-1/2" thru 2-1/2" incl.: 225°F                    Time (hr.) None
        Over 2-1/2": 300°F

### Welding Procedure

| Pass or Weld Layer(s) | Process | Filler Metal AWS Classification | Size (in.) | Current Type & Polarity | Amps | Volts | Travel Speed (in/min) |
|---|---|---|---|---|---|---|---|
| All | GMAW | E80C-Ni1 | 0.045 | DCEP (reverse) | 225 - 275 | 27-31 | 13 - 16 |

### Additional Notes

JOINT NOTES:
  (a) Not Prequalified for GMAW-S nor GTAW. (b) Joint shall be welded from one side only. (f) Minimum weld size (E) as shown in Table 3.4. S as specified on drawings. (j) The orientation of the two members in the joints may vary from 135° to 180° for butt joints, or 45° to 135° for corner joints, or 45° to 90° for T-joints.

2011 Form 010 - Format C

000681PELCO

**pelco**
STRUCTURAL, L.L.C.
1501 INDUSTRIAL BLVD.
CLAREMORE, OKLAHOMA 74017
PH: 918-283-4004
FAX: 918-283-4005
WWW.PELCOSTRUCTURAL.COM

GENERAL NOTES

BEND START DISTANCE
SEE RELIEF CUT DETAIL (TYP)
BEND RADIUS (₵)
66% PENETRATION (WPS P003)
MIN 2/3 ARM LENGTH

REMOVED MATERIAL
½"
PT-PT DIM @ CUT
RELIEF CUT DETAIL

## ARM BENDING (RELIEF CUT METHOD)

1. WHEN ARM BENDING EXCEEDS THE CAPACITY OF THE ARM BENDING MACHINE, ARMS SHALL BE BENT VIA THE RELIEF CUT METHOD
2. THE BEND START DISTANCE WILL BE DIMENSIONED ON THE DRAWING AS WELL AS THE DESIRED BEND RADIUS
3. THE RELIEF CUTS SHOULD REMOVE 1/2" OF MATERIAL AT THE BOTTOM OF THE SECTION. THE CUT SHALL TAPER TO 0" AT THE BEND TANGENT OF THE TOP BEND
4. SUBSEQUENT CUTS ARE ADDED IN APPROXIMATELY 4" INCREMENTS ALONG THE BEND RADIUS. A TYPICAL 12° BEND CAN BE MADE USING 4 RELIEF CUTS. ADDITIONAL CUTS MAY BE ADDED AS REQUIRED BY THE BEND ANGLE
5. CUT EDGES ARE TO BE PREPARED FOR WELD BY GRINDING ALL SLAG AND TACK WELDING THE RELIEVED CROSS SECTION IN PLACE
6. THE GROOVE ANGLE SHALL BE 60° +10°/-5°
7. EXCESS GALVANIZING SHALL BE REMOVED FROM THE WELD, AND GALVANIZING REPAIRED AS REQUIRED.

| CUSTOMER | - |
| --- | --- |
| AGENT | - |
| PURCHASE ORDER | - |
| PROJECT | PELCO STANDARDS |
| TITLE | ARM BENDING RELIEF CUT METHOD |
| DRAWN BY | MDK | CHECKED BY | JRS |
| APPROVED BY | JRS | DATE | - |
| JOB NUMBER | STD | REVISION LEVEL | 0 |
| DRAWING NUMBER | AB-RCM | SHEET NUMBER | 1 OF 1 |

000682PELCO