# EXHIBIT 16



3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089

# *Metallurgical Testing*
## H V Tower Project

## Wood Dale – EOWA TollWay Expansion

# *TEST REPORT*

## PREPARED FOR:

## Mr. Joe Vaca

**Team Industrial Services, Inc.**
3640 W 179th St.
Hammond IN 46323
219-838-0505

January 5, 2015
Job Number:  E207
PO Number: 68302

**Landow Metallurgical Consulting** LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089

# Report on HV Tower

## Summary:

The results of the examination of the flange connection arm welds revealed none of the weld sections examined achieved the 80% weld penetration stated in the attached weld procedures and Drawing LS1494-C Rev.1.  The weld penetrations varied from 14 to 50 percent.  For the Tiger welds there was no observed evidence of a beveled weld preparation as stated in the weld procedure.  The root opening was stated at 0 inches.  The measured root opening varied between 0.059-inch (1.51 mm) to 0.160-inch (4.08 mm).  For the flange connector weld, two of the flat plates appeared to be beveled.  The beveled edges of these two welds were located on the inner surface and the root gaps were relatively large.  The weld penetration was less than 80 percent.  For the third flange connector weld, the bevel was not apparent.  The root gap was near 0-inches, with the weld penetration at 55.6 percent.

## BACKGROUND:

Seven samples were received for examination of the welds. The welds were from the Wood Dale EOWA Tollway Expansion HV Tower Project. The identifications of each of the seven samples are shown in Table 1.  Three samples were welds of plates to the cylindrical member.  One of these three samples was a failure in the plate.  The other 4 samples were plate-to-plate butt welds.  The weld preparation for these five butt welds is shown in Figure 1.  Figures 2a and 2b contain the AWS prequalified weld procedures for the two different welds.  In Figure 1, the weld preparation consisted of a 60-degree bevel with at least 80 percent penetration.  In Table 2 contains parameters specified in the weld procedures.

Table 1.  Sample Identification

| Identification | Details |
|---|---|
| LS 1494 CA7 Arm 1 | Replacement cross arm provided by Pelco |
| LS1494 CA7 Flat No. 1 | Tiger Strips Welds; Includes welds 1, 2, 3 and 4 |
| LS1494 CA1 Flat 7 Arm 2 | Tiger Strips Welds; Includes welds 1, 2 |
| LS1494 CA1 Flat 5 Strip 1 | Tiger Strips Welds weld strip 5, Flat 5 |
| LS1494 CA1 Flat 5 Arm 2 | Flange Connection weld - Failed |
| LS1494 CA7 Flat 2 Arm 1 | Flange Connection weld |
| LS1494 CA7 Flat 2 Arm 2 | Flange Connection weld |

Laboratory No.:  E207
Date Received:  December 13, 2014

**LANDOW Metallurgical Consulting** LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089

Table 2. Weld Procedure Parameters

| Parameter | Arm Welds | Tiger Welds |
|---|---|---|
| The root opening | 0 inches | 0 inches. |
| The face opening | 1/8-inch minimum | 1/8-inch minimum |
| Groove thickness | 1/ 4-inch. | 1/ 4-inch. |
| Groove Angle | 45°. | 60°. |
| Backing. | 0-inches | None |

EXAMINATION:

Each sample was photographed as received and welds were section and prepared for examination.  The depth of penetration was measured for each weld section.  These depth measurement results are shown in Table 3.

Table 3.  Sample Identification and Depth of Penetration on Flat Plates.

| Plate Identification | Sample ID | Depth of Penetration, in (mm) | Thickness of Plate, in (mm) | Penetration, percent |
|---|---|---|---|---|
| LS1494 CA1 Flat 5 Arm 2 | 8 | 0.138 (3.51) | 0.315 (8.00) | 43.9 |
| LS1494 CA7 Flat 2 Arm 1 | 2 | 0.198 (5.04) | 0.315 (8.00) | 63.0 |
| LS1494 CA7 Flat 2 Arm 2 | 4 | 0.175 (4.44) | 0.315 (8.00) | 55.6 |
| LS1494 CA1 Flat 5 Strip 1 | 1 | 0.130 (3.29) | 0.315 (8.00) | 41.2 |
| LS1494 CA7 Flat No. 1 | 5 –1 Flat | 0.119 (3.02) | 0.375 (9.53) | 31.7 |
| LS1494 CA7 Flat No. 1 | 5 –2 Flat | 0.091 (2.31) | 0.375 (9.53) | 24.3 |
| LS1494 CA7 Flat No. 1 | 5 –3 Flat | 0.121 (3.09) | 0.375 (9.53) | 32.4 |
| LS1494 CA7 Flat No. 1 | 5 –4 Flat | 0.138 (3.50) | 0.375 (9.53) | 36.7 |
| LS1494 CA1 Flat 7 Arm 2 | 6-1 Flat | 0.103 (2.62) | 0.315 (8.00) | 32.7 |
| LS1494 CA1 Flat 7 Arm 2 | 6-1 Corner | 0.047 (1.20) | 0.315 (8.00) | 15.0 |
| LS1494 CA1 Flat 7 Arm 2 | 6-2 Flat | 0.159 (4.05) | 0.315 (8.00) | 50.6 |
| LS1494 CA1 Flat 7 Arm 2 | 6-2 Corner | 0.154 (3.90) | 0.315 (8.00) | 48.7 |
| LS1494 CA1 Flat 1 Arm 2 | 7 | 0.044 (1.12) | 0.315 (8.00) | 14.0 |

Sample LS1494 CA1 Arm 2 Flat 5 – Flange Connection Weld

The received appearance of the weld identified as flange connection Sample LS1494 CA-1 Arm 2 Flat 5 is shown in Figures 3a and 3b.  This sample appears to have failed.  The fracture surface of the plate was a ductile fracture and is shown in Figure 3b.  The sections of this weld are shown in Figure 3c and 3d.  The gap between the plate and the circular member was measured to be 0.265-inch (6.72 mm).  A bevel on the plate is apparent in Figure 3d.  The bevel is along the root of the weld and appears to be the 66 percent specified.  With a weld penetration of 43.9 percent, the position of the bevel appears to be inverted.  The position of the bevel should face outward to allow for greater penetration.

Sample LS1494 CA7 Flat 2 Arm 1 – Flange Connection Weld

Laboratory No.:  E207
Date Received:  December 13, 2014

**LANDOW Metallurgical Consulting LLC**
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089

The received appearance of the weld identified as Sample LS1494 CA7 Flat 2 Arm 1 is shown in Figures 4a. The sections of this weld are shown in Figure 4b and 4c. The gap between the plate and the circular member was measured to be 0.152-inch (3.86 mm). A bevel on the plate is apparent in Figure 4c. The bevel is along the root of the weld and appears to be the 66 percent specified. With a weld penetration of 63.0 percent, the position of the bevel appears to be inverted. The position of the bevel should face outward to allow for greater penetration.

Sample LS1494 CA7 Flat 2 Arm 2 – Flange Connection Weld

The received appearance of the weld identified as Sample LS1494 CA7 Flat 2 Arm 2 is shown in Figures 5a. The sections of this weld are shown in Figure 5b and 5c. The plate and the circular member appear from Figure 5c to be butted together. No bevel on the plate was observed.

Sample CA1 Flat 5 Strip 1 – Tiger Strip

The received appearance of the inner surface of the weld identified as Sample CA1 Flat 5 Strip 1is shown in Figures 6a. Gaps in the weld root were observed. The appearance of the crown section of this weld is shown in Figure 6b. From the weld bead appearance the weld was performed in a single pass. The weld penetration was measured to be 41.2 percent. The gaps at the root of the weld varied from 0.065-inch (1.48 mm) to . No bevel was apparent.

Sample LS1494 CA7 Flat No. 1 – Tiger Strip

The as-received appearance of the inner surface of the weld, identified as Sample LS1494 CA7 Flat 1, is shown in Figures 7a. Both the inner and outer surface of the sample are shown in this figure. Gaps in the weld root were observed. Four welds were indicated in this sample. The appearance of the four crown sections of this weld are shown in Figures 7b – 7e. From the weld bead appearances these welds were all performed in a single pass. The measured weld penetrations varied from 15.0 to 50.6 percent. The gap at the root of the weld was 0.058-inch (1.15 mm) to 0.115-inch (2.91 mm). No measurement was made on the inner surface of Weld 3 as one corner was melted during welding. No bevel was apparent in any of the four welds.

Sample LS1494 CA1 Flat 7 Arm 2 – Tiger Strip

The as-received appearance of the inner surface of the weld identified as Sample LS1494 CA1 Flat 7 Arm 2 is shown in Figures 8a. Both the inner and outer surfaces of this sample are shown in this figure. Gaps in the weld root were observed. Two welds were indicated in this sample. Sections from each weld were prepared through the flat and the corner. From the photograph of the inner surface the openings appeared wider at

Page 3 of 28

Laboratory No.: E207
Date Received: December 13, 2014

**LANDOW** Metallurgical Consulting LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089

the corners than in the flats. The appearance of the four crown section of this weld are shown in Figures 8b – 8e. From the weld bead appearances these welds were all performed in a single pass. The measured weld penetrations varied from 24.3 to 36.7 percent. The gap at the root of the weld was 0.058-inch (1.15 mm) to 0.115-inch (2.91 mm). No measurement was made on the inner surface of Weld 3 as one corner was melted during welding. No bevel was apparent in any of the four welds.

<u>Sample LS1494 CA1 Flat 1 Arm 2 – Tiger Strip</u>

The as-received appearance of the inner surface of the weld identified as Sample CA1 Flat 1 Arm 2 is shown in Figures 9a. Gaps in the weld root were observed. The appearance of the crown section of this weld is shown in Figure 9b. From the weld bead appearance the weld was performed in a single pass. The weld penetration was measured to be 14.0 percent. The gap at the root of this weld was measured to be 0.132-inch (3.35 mm).

OBSERVATIONS:

The results of the examination of the flange connection arm welds revealed none of the weld sections examined achieved the 80% weld penetration stated in the weld procedure. The weld penetrations varied from 14 to 50 percent. For the Tiger welds there was no observed evidence of a beveled weld preparation as stated in the weld procedure. The root opening was stated at 0 inches. The measured root opening varied between 0.059-inch (1.51 mm) to 0.160-inch (4.08 mm). For the flange connector weld, two of the flat plates appeared to be beveled. The beveled edges of these two welds were located on the inner surface and the root gaps were relatively large. The weld penetration was less than 80 percent. For the third flange connector weld, the bevel was not apparent. The root gap was near 0-inches, with the weld penetration at 55.6 percent.

Respectfully reported,

*Mark Landow*

Mark Landow
Metallurgical Engineer

Laboratory No.: E207
Date Received: December 13, 2014

Landow Metallurgical Consulting LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



Figure 1.  Weld Preparation Drawing for the Tiger Strip Welds

Laboratory No.:  E207
Date Received:  December 13, 2014



**LANDOW Metallurgical Consulting** llc
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089

---

Pelco Structural, LLC
1501 Industrial Blvd.
Claremore, OK 74017

### AWS D1.1 Prequalified Welding Procedure Specification (WPS)

WPS No. P003    Date 1/21/2011    Rev. No. 0    Page 1 of 1

Prepared By:    Michael Rinearson    Date 1/21/2011    Quality Assurance Manager

Welding Process **GMAW**    Welding Method **Semiautomatic**

**Joint Design Used**
Weld Type PJP Groove welds
Joint Type Butt or corner joint
Groove Type Single-V groove
Double Welded No
Backing No    Material N/A
Root Opening 0 in.    Root Face 1/8 min.
Groove Angle 60°    Radius N/A
Back Gouging No    Method N/A
Weld Size (E) = S
Minimum PJP Weld Size (E) must meet requirements of Table 3.4

Joint Designation BC-P2-GF



**Base Metals**
Base Metal ASTM A 572, Grade 65
Thickness: Groove 1/4 in. min.
Thickness: Fillet N/A
Pipe Diameter N/A

**Filler Metals**
AWS Specification 5.28
AWS Classification E80C-Ni1
Trade Name Hobart Metalloy Vantage Ni1
Weld Size 0.35 in.

**Shielding**
Gas 80% Argon, 20% CO2    Flow Rate 36-15 CFH
Gas Cup Size N/A
Electrode-Flux (Class) N/A
Flux Trade Name N/A

**Preheat**
Preheat Temperature, Min. 50°F
Interpass Temperature, Min. 50°F    Max. 300°F
Minimum Preheat and Interpass Temperatures for given thickness:
1/8" thru 3/4" incl.: 50°F
Over 3/4" thru 1-1/2" incl.: 150°F
Over 1-1/2" thru 2-1/2" incl.: 225°F
Over 2-1/2": 300°F

**Position**
Weld Position: Groove Flat & Horizontal
Weld Position: Fillet N/A
Vertical Progression N/A

**Electrical Characteristics**
Power Source
Output Constant Voltage
Current / Polarity DCEP (reverse)
Transfer Mode Spray arc
Tungsten Electrode: Type N/A    Size N/A

**Technique**
Stringer or Weave Bead Stringer bead
Multi-pass or Single Pass (per side) Single or multipass
Number of Electrodes 1
Electrode Spacing: Longitudinal N/A
Lateral N/A    Angle N/A
Contact Tube to Work Distance 3/4 in.
Peening Not allowed
Interpass Cleaning Wire brush or grinder

**Postweld Heat Treatment**
Temperature None
Time (hr.) None

---

### Welding Procedure

| Pass or Weld Layer(s) | Process | Filler Metal AWS Classification | Size (in.) | Current Type & Polarity | Amps | Volts | Travel Speed (in/min) |
|---|---|---|---|---|---|---|---|
| All | GMAW | E80C-Ni1 | 0.045 | DCEP (reverse) | 225 - 275 | 27-31 | 13 - 16 |

### Additional Notes

JOINT NOTES:
(a)Not Prequalified for GMAW-S nor GTAW. (b)Joint shall be welded from one side only. (f) Minimum weld size (E) as shown in Table 3.4. S as specified on drawings. (j) The orientation of the two members in the joints may vary from 135° to 180° for butt joints, or 45° to 135° for corner joints, or 45° to 90° for T-joints.

Figure 2a.  PreQualified AWS Weld Procedure for Tiger Strip Welds

Laboratory No.:   E207
Date Received:   December 13, 2014



**LANDOW Metallurgical Consulting** LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089

Pelco Structural, LLC
1501 Industrial Blvd.
Claremore, OK 74017

### AWS D1.1 Prequalified Welding Procedure Specification (WPS)

WPS No. **P001**     Date **1/21/2011**    Rev. No. **1**     Date **1/21/2011**        Page 1 of 1
Prepared By:        Michael Rinearson        Date 1/21/2011    Quality Assurance Manager
Welding Process **GMAW**       Welding Method **Semiautomatic**

**Joint Design Used**
Weld Type PJP Groove welds
Joint Type Butt, T- or corner joint
Groove Type Single-bevel groove
Double Welded No
Backing No     Material N/A
Root Opening 0 in.      Root Face 1/8 min.
Groove Angle 45°       Radius N/A
Back Gouging No     Method N/A
Weld Size (E) = S
Minimum PJP Weld Size (E) must meet requirements of Table 3.4

**Joint Designation BTC-P4-GF**

**Base Metals**
Base Metal ASTM A 572, Grade 65
     to     ASTM A 572, Grade 50
Thickness: Groove 1/4 in. min.
Thickness: Fillet N/A
Pipe Diameter N/A min.

**Filler Metals**
AWS Specification 5.18
AWS Classification E70C-6M
Trade Name Select Arc Select 70C-6
Weld Size 0.25 in.

**Shielding**
Gas 80% Argon, 20% CO2     Flow Rate 36-45 CFH
Gas Cup Size
Electrode-Flux (Class) N/A
Flux Trade Name N/A

**Preheat**
Preheat Temperature, Min. 50°F
Interpass Temperature, Min. 50°F      Max. 300°F
Minimum Preheat and Interpass Temperatures for given thickness:
     1/8" thru 3/4" incl.: 50°F
   Over 3/4" thru 1-1/2" incl.: 150°F
   Over 1-1/2" thru 2-1/2" incl.: 225°F
       Over 2-1/2": 300°F

**Position**
Weld Position: Groove Flat & Horizontal
Weld Position: Fillet N/A
Vertical Progression N/A

**Electrical Characteristics**
Power Source CV
Current / Polarity DCEP (reverse)
Transfer Mode Spray arc
Tungsten Electrode: Type N/A     Size N/A

**Technique**
Stringer or Weave Bead Stringer bead
Multi-pass or Single Pass (per side) Single or multipass
Number of Electrodes 1
Electrode Spacing: Longitudinal N/A
    Lateral N/A      Angle N/A
Contact Tube to Work Distance 3/4 in.
Peening
Interpass Cleaning

**Postweld Heat Treatment**
Temperature None
Time (hr.) None

### Welding Procedure

| Pass or Weld Layer(s) | Process | Filler Metal | | Current | | | Travel Speed (in/min) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | AWS Classification | Size (in.) | Type & Polarity | Amps | Volts | |
| All Layers | GMAW | E70C-6M | 0.045 | DCEP (reverse) | 225 - 275 | 27 - 31 | 13 - 16 |

### Additional Notes

Prequalified Weld:
JOINT NOTES:
   (a)Not Prequalified for GMAW-S nor GTAW. (b)Joint shall be welded from one side only. (f) Minimum weld size (E) as shown in Table 3.4. S as specified on drawings. (g) If fillet welds are used in statistically loaded structures to reinforce groove welds in the corner and T-joints, these shall be equal to T1/4, but need need not exceed 3/8in. [10mm]. Groove welds in corner and T-joints of cyclically loaded structures shall be reinforced with fillet welds equal to T1/4, but need not exceed 3/8in. [10 mm]. (j) The orientation of the two members in the joints may vary from 135° to 180° for butt joints, or 45° to 135° for corner joints, or 45° to 90° for T-joints. (K) For corner joints, the outside groove preparation may be in either or both members, provided the basic groove configuration is not changed and adequate edge distance is maintained to support the welding operations without excessive edge melting.

2011 Form 010 - Format C

Figure 2b.  Pre-Qualified AWS Weld Procedure for Arm Welds

Page 7 of 28

Laboratory No.:  E207
Date Received:  December 13, 2014

LANDOW Metallurgical Consulting LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



Figure 2C. Drawing LS1494-C Rev. 1 for the Arms

Page 8 of 28

Laboratory No.: E207
Date Received: December 13, 2014

LANDOW Metallurgical Consulting LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



Figure 3a. As-Received Appearance of Sample LS1494 CA-1 Arm 2 Flat 5



Figure 3b. As-Received Appearance of Sample LS1494 CA-1 Arm 2 Flat 5

Laboratory No.: E207
Date Received: December 13, 2014

**Landow Metallurgical Consulting** LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



Figure 3c.  Appearance of the Weld for Sample LS1494 CA-1 Arm 2 Flat 5
Note: the scale is 1/8-inch.



Figure 3d.  Appearance of Weld for Sample LS1494 CA-1 Arm 2 Flat 5
Note: the scale is 1/8-inch.
Note:  The bevel on the plate on the inner surface adjacent to the pipe.

Page 10 of 28

**Landow Metallurgical Consulting** LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



Figure 4a.  As-Received Appearance of Sample LS1494 CA-7 Arm 1 Flat 2



Figure 4b.  Appearance of the Weld for Sample LS1494 CA-7 Arm 1 Flat 2

Page 11 of 28

Laboratory No.:  E207
Date Received:  December 13, 2014



**Landow Metallurgical Consulting** LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



Figure 4c.  Appearance of the Weld for Sample LS1494 CA-7 Arm 1 Flat 2
Note: the scale is 1/8-inch.
Note:  The bevel on the plate on the inner surface adjacent to the pipe.

Laboratory No.:  E207
Date Received:  December 13, 2014

LANDOW Metallurgical Consulting LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



Figure 5a.  As-Received Appearance of Sample LS1494 CA-7 Arm 2 Flat 2



Figure 5b.  Appearance of Weld for Sample LS1494 CA-7 Arm 2 Flat 2
Note:  The corner of the plat touches the pipe.  No bevel apparent.

Page 13 of 28

Laboratory No.:  E207
Date Received:  December 13, 2014



**Landow Metallurgical Consulting LLC**
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



Figure 5c.  Appearance of the Weld for Sample LS1494 CA-7 Arm 2 Flat 2
Note:  The corner of the plat touches the pipe.  No bevel apparent.

Page 14 of 28

Laboratory No.:   E207
Date Received:   December 13, 2014

**Landow Metallurgical Consulting** LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



Figure 6a.  As-Received Appearance of Sample LS1494 CA-1 Flat 5 Strip 1
Note: Inner surface of the weld.

Page 15 of 28

Laboratory No.:  E207
Date Received:  December 13, 2014



3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



(1). Overall



25X                                          Nital

(2).  Crown

Figure 6b.  Appearance of the Weld Penetration of Weld LS1494 CA-1 Flat 5 Strip 1
Note the penetration was measured to be 0.130-inch (3.29 mm).
Gap at root was approximately 0.059-inch (1.51 mm).
Note: the scale is 1/8-inch.

Page 16 of 28



3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



(1). Outside



(2). Inner Surface
Figure 7a. As-Received Appearance of Sample LS1494 CA-7 Arm 1 Flat 1
Note welds numbered 1, 2, 3, and 4.

Page 17 of 28

landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



(1). Overall



25x                                            Nital

(2).  Crown

Figure 7b.  Appearance of the Weld Penetration LS1494 CA-7 Arm 1 Flat 1 Weld 1
Note the penetration was measured to be 0.119-inch (3.02 mm).
Gap at root was approximately 0.086-inch (2.19mm).
Note: the scale is 1/8-inch.

Page 18 of 28

Laboratory No.:  E207
Date Received:  December 13, 2014

LANDOW Metallurgical Consulting LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



(1). Overall



25x                              Nital

(2). Crown

Figure 7c. Appearance of the Weld Penetration LS1494 CA-7 Arm 1 Flat 1 Weld 2
Note the penetration was measured to be 0.091-inch (2.31 mm).
Gap at root was approximately 0.138-inch (3.50 mm).
Note: the scale is 1/8-inch.

Laboratory No.: E207
Date Received: December 13, 2014

**LANDOW Metallurgical Consulting** LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



(1). Overall



25x          Nital

(2). Crown

Figure 7d. Appearance of the Weld Penetration LS1494 CA-7 Arm 1 Flat 1 Weld 3
Note the penetration was measured to be 0.121-inch (3.09 mm).
Gap at root could not be determined due to melting of one corner.
Note: the scale is 1/8-inch.

Page 20 of 28

LANDOW METALLURGICAL CONSULTING LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



(1). Overall



25x                                                    Nital

(2). Crown

Figure 7e. Appearance of the Weld Penetration LS1494 CA-7 Arm 1 Flat 1 Weld 4
Note the penetration was measured to be 0.138-inch (3.50 mm).
Gap at root was approximately 0.115-inch (2.91 mm).
Note: the scale is 1/8-inch.

Page 21 of 28

Laboratory No.: E207
Date Received: December 13, 2014

**LANDOW** Metallurgical Consulting LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



Figure 8a.  As-Received Appearance of Sample LS1494 CA-2 Arm 1 Flat 7
Note welds numbered 1and 2 on the left side of the photograph



Figure 8b.  As-Received Appearance of Sample LS1494 CA-2  Arm 1 Flat 7 – Inner
Surface

Laboratory No.:  E207
Date Received:  December 13, 2014

LANDOW Metallurgical Consulting LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



(1). Overall



25x                                    Nital

(2). Crown
Figure 8c. Appearance of the Weld Penetration LS1494 CA-2 Arm 1 Flat 7 Weld 1
Note the penetration was measured to be 0.103-inch (2.62 mm).
Gap at root could not be determined due to melting of one corner.
Note: the scale is 1/8-inch.

Page 23 of 28

LANDOW Metallurgical Consulting LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



(1). Overall



25x                                                 Nital

(2). Crown

Figure 8d. Appearance of the Weld Penetration LS1494 CA-2 Arm 1 Flat 7 Weld 1
Corner

Note the penetration was measured to be 0.278-inch (1.09 mm).

Gap at root was approximately 0.109-inch (2.78 mm).

Note: the scale is 1/8-inch.

Page 24 of 28

Laboratory No.: E207
Date Received: December 13, 2014



3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



(1). Overall



25x                                                  Nital

(2).  Crown

Figure 8e.  Appearance of the Weld Penetration LS1494 CA-2 Arm 1 Flat 7 Weld 2
Note the penetration was measured to be 0.159-inch (4.05 mm).
Gap at root could not be determined due to melting of one corner.
Note: the scale is 1/8-inch.

Page 25 of 28

**Landow Metallurgical Consulting** LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



(1). Overall



25x                                                              Nital

(2).  Crown

Figure 8f.  Appearance of the Weld Penetration LS1494 CA-2 Arm 1 Flat 7 Weld 2
Corner
Note the penetration was measured to be 0.154-inch (3.90 mm).
Gap at root was approximately 0.160-inch (4.08 mm).
Note: the scale is 1/8-inch.

Page 26 of 28

**LANDOW Metallurgical Consulting** LLC
landowmetconsulting.com | quality | integrity | service

3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



Figure 9a.  As-Received Appearance of Sample LS1494 CA-1 Arm 2 Flat 1

Page 27 of 28

Laboratory No.:  E207
Date Received:  December 13, 2014



3002 Harolds Crescent
Flossmoor, Illinois 60422
708-275-4089



(1). Overall



25x                                                        Nital

(2).  Crown

Figure 9b.  Appearance of the Weld Penetration LS1494 CA-1 Arm 2 Flat 1
Note the penetration was measured to be 0.044-inch (1.12 mm).
Gap at root was approximately 0.132-inch (3.35 mm).
Note: the scale is 1/8-inch.

Page 28 of 28

Laboratory No.:  E207
Date Received:  December 13, 2014