UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EXELON BUSINESS SERVICES
COMPANY, LLC,

        Plaintiff,

v.

PELCO STRUCTURAL, LLC,

        Defendant.

Case No.: 1:16-cv-00611

Hon. Robert M. Dow, Jr.

## STIPULATION

Exelon Business Services Company, LLC and Pelco Structural, LLC stipulate that the following exhibits shall be admitted into evidence:

| Ex. | Description | Limitation |
|---|---|---|
| 5 | Purchase Order - 01135579 | |
| 6 | Master Terms and Conditions for the Purchase of Materials and Services | |
| 7 | Contract executed 10/21/14 (01150676) | |
| 9 | Email from K Tower to A. Baity re: status of MJE Contract for EOWA Tollway, L1607 and L5107 Overhead Transmission projects. Attchs: contracts | |
| 11 | 11/6/14 email [string] from M. Bartolameolli to J. Mahoney and Job emails re: MJE additional resources for reduction in outages for EOWA project | |
| 14 | 11/13/14 email from M. Bartolameolli to A. Alkhatib re: EOWA Tollway - ComEd Transmission Line Relocation | |
| 15 | 11/18/14 email [string] from M. Bartolameolli to K. Tower re: EOWA Outage that was cancelled and moved to 2/15 | |
| 16 | All Crew Daily Job Briefing (December, 2014) | |
| 17 | 4/5/16 Exelon's Responses to Request to Admit. Encl. Resp to Request to Admit | Party-Statement |
| 18 | All Crew Daily Job Briefing (February/March, 2015) | |
| 19 | 12/6/14 email from M. Bartolameolli to K. Tower and J. Mahoney re: EOWA Tollway Project Summary | |
| 20 | Mark Bartolameolli handwritten notes | |
| 22 | COMED Transmission Failure Arm 12/5/14 Preliminary Assessment for Discussion Purposes only dtd 12/11/14 | |

| Ex. | Description | Limitation |
|---|---|---|
| 24 | 12/13/14 email [string] from M. Bartolameolli to K. Batke, C. Formento III, J. Landise, R. Fournie and K. Gaunce re: EOWA Tollway Project - Results from the ComEd Third Party Weld Tester - Team Industries. Attach: images | |
| 25 | 12/13/14 email from M. Bartolameolli to W. Gallagher III, K. Gaunce, A. Malhorta, K. Batke, W. Gannon, M. Baranek, J. Landise, T. Petersen, R. Fournie, M. Blaise, E. Jandacek and T. McGuire re: EOWA Tollway - Pelco Structure Failure. | |
| 26 | 12/14/14 email from M. Bartolameolli to A. Malhorta re: Pelco manufacture new arms. Attachs: images | |
| 27 | 12/14/14 email [string] from K. Tower to M. Bartolameolli and job emails re: EOWA Tollway | |
| 31 | 12/16/14 email [string] from M. Bartolameolli to T. Petersen and J. Landise re: Miter Joint Weld Detail: Attachs: image and MJM Weld PDF | |
| 32 | 12/16/14 email [string] from M. Bartolameolli to Kasey Scott, A. Malhorta, T. Petersen and J. Landise re: Steel Pole Arms for Replacement and Priority - EOWA Elgin-O'Hare - Pelco Job 3967. Attach: image | |
| 33 | 12/18/14 email from M. Bartolameolli to A. Malhotra and K. Gaunce re: EOWA Tollway - Team Industrial Testing Results: Attchs: images | |
| 34 | 12/18/14 email [string] from Kasey Scott to M. Bartolameolli, A. Malhotra, K. Gaunce and J. Landise re: EOWA Tollway - Team Industrial Testing Results from their Ultrasonic Testing Method - Pelco Job 3967. Attchs: images and Review PDF | |
| 35 | 12/1/1914 email from M. Bartolameolli to T. Petersen, J. Landise and R. Fournie re: EOWA Tollway - New Structure Arm. Attchs: images | |
| 36 | 12/22/14 email [string] from M. Bartolameolli to J. Vaca, T. Petersen and J. Landise re: Arm to Clamp Weld. Attchs: images | |
| 37 | 12/22/14 email [string] from M. Bartolameolli to Kasey Scott, A. Malhotra, K. Gaunce and J. Landise re: EOWA Tollway - Team Industrial Testing Results from their Ultrasonic Testing Method - Pelco Job 3967. Attach: image | |
| 38 | 12/29/14 email [string] from Kasey Scott to M. Bartolameolli and A. Malhorta re: EOWA Tollway - Test results. Attchs: images | |
| 40 | 1/6/15 email [string] from K. Tower to job emails re: EOWA - Itasca | |
| 41 | 1/6/15 email [string] from K. Batke to R. Fournie and T. Petersen re: EOWA Tollway - Test Results on the steel arms | |
| 47 | 1/20/15 email [string] from M. Bartolameolli to A. Malhorta and K. Gaunce re: replacement arm costs. Attchs: images | |
| 48 | 1/21/15 ltr from J. Holtz from MJ Electric to M. Bartolameolli re: pricing for replacement arms | |
| 50 | 1/28/15 email [string] from M. Bartolameolli to K. Tower, J. Mahoney, E. Ongenae and job emails re: revised EOWA outage dates | |

| Ex. | Description | Limitation |
|---|---|---|
| 51 | 1/28/15 email [string] from K. Tower to E. Ongenae, E. Mowry, job emails and J. Holtz re: Transmission line structure location | |
| 53 | 2/24/15 email [string] from K. Tower to S. Kluesner, K. Dvorak and job emails re: EOWA Tollway Project - MJ Scope Change | |
| 55 | 3/2/15 email from M. Aguilar to M. Bartolameolli re: January invoice | |
| 56 | 3/5/15 email [string] from K. Tower to M. Bartolameolli and job emails re: EOWA Tollway - Cost Break Out | |
| 64 | EOWA Tollway - ComEd Transmission Line Relocation Project ITN#48614 | |
| 65 | EOWA Tollway - ComEd Transmission Line Relocation Project Pelco Arm Failure Description & Timeline Events | |
| 68 | ComEd - EOWA TOLLWAY Transmission Project - MJE labor and equipment info and notes | |
| 69 | Project Overview | |
| 71 | 12/8/14 Team Industrial Services letter to T. Petersen re: AWS D1.1 Shear-wave on high transmission line arms | |
| 72 | 12/10/14 email from Kasey Scott to M. Bartolameolli re: EOWA Elgin-O'Hare - P.O. 1135579 - Pelco Job 3967 | |
| 74 | 12/12/14 email from L. Barry to Kelly Scott, Kasey Scott and P. Albert re: 3967 ComEd Delivery | |
| 77 | 12/12/14 email from Kasey Scott to M. Bartolameolli re: Miter Joint Weld Detail. Attch: MJM Weld - PDF | |
| 80 | 12/15/14 email from Kasey Scott to P. Albert, J. Sutphen, K. Scott and L. Barry re: Job 3967 (conference call with ComEd and Team Industries) | |
| 81 | 12/15/14 email from Kasey Scott to P. Albert, J. Sutphen, Kelly Scott, L. Barry, and D. Nelson re: Pelco Job 3967 - Steel Pole Arms for Replacement and Priority | |
| 82 | 12/15/14 email from Kelly Scott to Kasey Scott, P. Albert, L. Barry, J. Sutphen, D. Nelson and M. Krafft re: Pelco Job 3967 - Steel Pole Arms for Replacement and Priority | |
| 83 | 12/15/14 email from B. Anderson to T. Petersen re: ComEd Replacement Arms | |
| 85 | 12/16/14 email from Kasey Scott to M. Bartolameolli re: Steel Pole Arms for Replacement and Priority - EOWA Elgin-O'Hare - Pelco Job 3967 | |
| 86 | 12/16/14 email from M. Bartolameolli to Kasey Scott re: Steel Pole Arms for Replacement and Priority - EOWA Elgin-O'Hare - Pelco Job 3967. Attchs: images | |
| 87 | 12/16/14 email from M. Bartolameolli to Kasey Scott re: Steel Pole Arms for Replacement and Priority - EOWA Elgin-O'Hare - Pelco Job 3967. Attchs: images | |
| 89 | 12/16/14 email from M. Bartolameolli to Kasey Scott re: Steel Pole Arms for Replacement and Priority - EOWA Elgin-O'Hare - Pelco Job 3967. Attchs: image | |

| Ex. | Description | Limitation |
|---|---|---|
| 91 | 12/17/14 email from Kasey Scott to M. Bartolameolli re: Steel Pole Arms for Replacement and Priority - EOWA Elgin-O'Hare - Pelco Job 3967 | |
| 92 | 12/17/14 email from Kasey Scott to M. Bartolameolli re: Steel Pole Arms for Replacement and Priority - EOWA Elgin-O'Hare - Pelco Job 3967.  Attch: image | |
| 93 | 12/17/14 email from Kasey Scott to M. Bartolameolli re: Steel Pole Arms for Replacement and Priority - EOWA Elgin-O'Hare - Pelco Job 3967.  Attch: image | |
| 97 | 12/19/14 email from J. Vaca to M. Bartolameolli re: Arm to Clamp Weld.  Attchs: images | |
| 98 | 12/22/14 email [string] from M. Bartolameolli to J. Vaca re: Arm to Clamp Weld.  Attchs: images | |
| 99 | 12/23/14 email [string] from J. Vaca to M. Bartolameolli re: Arm to Clamp Weld.  Attchs: images | |
| 102 | EOWA Elgin - O'Hare Steel Poles RFP | |
| 113 | ComEd New Specification 345KV Double Circuit | |
| 114 | Dashiell 345KV Double Circuit 0-15 Strain Structure with Ornamental Arms | |
| 115 | Dashiell 345/138KV Double Circuit 0-15 Strain Structure with Ornamental Arms | |
| 116 | Dashiell 345/138KV Double Circuit 0-15 Terminal Structure with Ornamental Arms | |
| 121 | Field Inspection Report for Pelco Job 3967 | |
| 125 | 12/18/14 email from M. Bartolameolli to Kasey Scott re: EOWA Tollway - Team Industrial Testing Results from their Ultrasonic Testing Method:  Attchs: images and SKM_C754e14121720030 PDF | |
| 127 | 12/16/14 email [string] from Kasey Scott to P. Albert, K. Scott, L. Barry, D. Nelson and J. Sutphen re: Steel Pole Arms for Replacement and Priority - EOWA Elgin-O'Hare - Pelco Job 3967 | |
| 128 | 12/15/14 email [string] from Kasey Scott to M. Bartolameolli re: EOWA Elgin-O'Hare - Pelco job 3967.  Attch: weld detail | |
| 129 | 12/15/14 email from Kasey Scott to P. Albert, J. Sutphen, K. Scott and L. Barry re: Job 3967 (conference call with ComEd and Team Industries) | |
| 130 | 12/12/14 email from Kasey Scott to M. Bartolameolli re Miter joint weld detail. Attch:  MJM Weld PDF | |
| 131 | 12/11/14 email [string] from L. Barry to Kasey Scott, Kelly Scott, D. Nelson, J. Sutphen and P. Albert re Pelco Job 3967 - FW: EOWA Tollway ComEd Transmission Line Relocation Project Summary | |
| 132 | 12/10/14 email from Kasey Scott to M. Bartolameolli re: EOWA Elgin-O'Hare - P.O. 1135579 - Pelco Job 3967 | |
| 133 | 12/9/14 conference call invite from Kasey Scott (handwritten notes) | |
| 134 | 12/8/14 A. Malhotra email to Kasey Scott re conference call (hand written notes) | |

| Ex. | Description | Limitation |
|---|---|---|
| 135 | Pelco Ultrasonic Test Report dated 4/23/15 | |
| 136 | Pelco Ultrasonic Inspection Report dated 12/18/14 | |
| 140 | Color photos | |
| 141 | EM110361 Steel Pole Transmission Structures | |
| 142 | Pelco Structural AISC Quality Manual dated 6/2/14 | |
| 143 | Defendant's Responses to Plaintiff's 1st Set of interrogatories | Party-Statement |
| 200 | 12/29/14 email [string] from M. Bartolameolli to Kasey Scott re: EOWA Tollway - Test Results. Attchs: images | |
| 201 | 12/30/14 email [string] from T. Petersen to M. Bartolameolli re: EOWA Tollway Testing Report on the Steel Arm Samples. Attchs: images | |
| 203 | 1/2/15 email [string] from M. Bartolameolli to J. Vaca and T. Petersen re: Pelco Job 3967 - Arm to Clamp Weld. Attchs: images | |
| 206 | 1/7/15 email [string] from Kasey Scott to M. Bartolameolli re: EOWA Elgin-O'Hare - P.O. 1135579 - Pelco Job 3967 | |
| 209 | EM10361 - portion of the spec | |
| 215 | 9/15/14 ltr from J. Holtz to M. Bartolameolli re: RFP Event #6012 | |
| 216 | 9/18/14 email [string] from J. Holtz to K. Tower re: EOWA Tollway - Negotiations | |
| 218 | 12/4/12 email [string] from K. Tower to L. Stefanich re: EOWA estimated price for scope change for reduced outages and delaying another outage until February 2015. Attch: excel info re reduction of 9 days in outages and moving 1 outage to Feb 2015 | |
| 219 | 12/16/14 email from K. Tower to M. Bartolameolli re: EOWA December Accruals and Estimated Scope Changes | |
| 220 | 1/20/15 email [string] from J. Mahoney to K. Tower re: EOWA Equipment. Attch: excel chart of equipment | |
| 223 | 1/22/15 email [string] from S. Munawar to K. Tower re: MJE scope changes. Attch: MJE Scope Changes X001 thru X003 for EOWA project | |
| 227 | 2/3/15 email [string] from K. Tower to S. Munawar re: February Forecast reminder | |
| 228 | 2/6/15 email [string] from K. Tower to Z. Johnson, K. Dvorak and job emails re: PMI Energy Solutions - Inv #19270 - EOWA Elgin O'Hare. Attch: MJE Invoice | |
| 230 | 2/24/15 email [string] from K. Tower to S. Kluesner, K. Dvorak and job emails re: EOWA Tollway Project - MJ Scope Change | |
| 234 | 3/6/15 email from K. Tower to E. Mowry and K. Dvorak re: EOWA Quantities - reminder | |
| 236 | 3/17/15 email [string] from K. Tower to S. Munawar re: EOWA MJE Change Order Log with March Accrual info. Attch: excel MJ invoices and remaining costs on 12FRT009 and 14FRT012 | |

| Ex. | Description | Limitation |
|---|---|---|
| 243 | 11/7/14 email from E. Mowry to G. Grindle, G. Campbell, A. Taft and J. Haase re: Equipment moves Frankfort to Itasca. Attch: Equipment moves Frankfort to Itasca doc. | |
| 244 | 12/6/14 email from K. Tower to L. Stefanich, J. Mahoney and E. Mowry re: Pelco Pole failure cost code - request set up asap | |
| 245 | 12/9/14 email [string] from K. Tower to C. Webb, M. Aguilar, J. Mahoney, E. Mowry, job emails and E. Ongenae re: New WO #8191080 for the structure failure work | |
| 246 | 12/10/14 email from E. Mowry to E. Tower re: equipment move. Attch: image | |
| 247 | 12/11/14 email [string] from K. Tower to M. Bartolameolli and J. Mahoney re EOWA Tollway - Arm Replacement on the Energized Circuits | |
| 248 | 2/3/15 email from J. Mahoney to E. Mowry re: equipment on your job #251 | |
| 249 | 3/4/15 email [string] from K. Tower to E. Tower re: Equipment call off and transferred | |
| 250 | 3/4/15 email [string] from E. Tower to J. Mahoney re: equipment call off and transferred | |
| 251 | 3/9/15 email [string] from E. Mowry to E. Tower re: united rental light towers. Attch: image | |
| 252 | 3/10/15 email from E. Mowry to E. Tower re: equipment returned | |
| 254 | 9/15/14 ltr from J. Holtz to M. Bartolameolli re: RFP Event #6012 | |
| 255 | 11/18/14 email [string] from K. Tower to J. Mahoney, E. Mowry, E. Ongenae and job emails re: EOWA outage that was cancelled and moved to Feb 2015 | |
| 256 | 1/15/15 email [string] from J. Mahoney to M. Bartolameolli re: EOWA - Itasca Replacement Arms | |
| 257 | 1/21/15 email from J. Holtz to K. Tower re EOWA Arm Estimate | |
| 260 | Project Overview | |
| 261 | Project Overview | |
| 262 | Pelco Ultrasonic Test Report dated 4/23/15 | |
| 264 | Drawing no.: LS1494-CA (Dashiell reviewed 3.10.14) | |
| 265 | Drawing No.: AB-RCM | |
| 268 | Master Terms and Conditions for the Purchase of Materials and Services | |
| 269 | Field Inspection Report for Pelco Job 3967 | |
| 297 | Relief Cut Example Drawing | |
| 298 | Tiger Stripes Photo | |
| 299 | Miter Joint Example Drawing | |
| 301 | Pelco Field Inspection Report | |
| 302 | Photographs, Arm Failure | |
| 303 | Photographs, Bid Walk | |
| 304 | Photographs, Site | |

| Ex. | Description | Limitation |
|---|---|---|
| 305 | Photographs, Arm Failure | |
| 306 | Photographs, Arm Failure | |
| 307 | Photographs, Arm Failure | |
| 308 | Photographs, Tiger Welds | |
| 309 | Photographs, Weld Separation | |
| 310 | Photographs, Weld Separation | |
| 311 | Photographs, Weld Separation | |
| 312 | Photographs, Inspection | |
| 313 | Photographs, Inspection | |
| 314 | Photographs, Destructive Testing | |
| 315 | Photographs, Weld Separation | |
| 316 | Photographs, Arms Stored | |
| 317 | Photographs, Bevel with Graphic | |
| 318 | Photographs, Site | |
| 319 | Photographs, Site | |
| 320 | Master Terms and Conditions for the Purchase of Materials and Services | |
| 321 | Purchase Order 01135575 | |
| 322 | Purchase Order 01135575, Revision 001 | |
| 323 | Pelco Drawing, Drawing No.: EM10429-160-T (27 page drawing set) | |
| 324 | Pelco Revised Design Drawing, Drawing No.: EM10429-160 (18 page drawing set - rev 1 except 1 3.11.2014) | |
| 325 | American Welding Society, AWS D1.1/D1.1M:2010 | |
| 326 | Pelco Welding Specifications and Procedures, 2.1.1 | |
| 327 | Pelco Quality and Tolerance Specifications, 2.1.2 | |
| 328 | Pelco Specification for Weld Inspection of Steel Pole Products, 2.1.3 | |
| 329 | Pelco Scope of Work for Pelco with Exelon and Pelco Signatures | |
| 330 | Pelco Scope of Work for Pelco with Pelco Signature | |
| 331 | Pelco Master Terms and Conditions for the Purchase of Materials and Services with KS Notes | |
| 332 | Pelco Sales Order Acknowledgment | |
| 333 | Pelco Sales Order Acknowledgment | |
| 334 | Pelco Job 3967 Construction Incident, Photographs | |
| 335 | Pelco Notes on Email from Ankita Malhotra re conference call | |
| 336 | Pelco Notes of Kasey Scott, Pelco, re: incomplete pen | |
| 337 | Pelco Notes from conference call invite from Kasey Scott re isolated to this job | |
| 338 | Pelco Ultrasonic Test Reports | |
| 339 | Pelco Ultrasonic Test Reports | |
| 340 | Pelco Valmont Oklahoma Galvanizing Certificate re: material meets or exceeds galvanizing spec. | |
| 341 | ComEd EOWA Tollway - ComEd Transmission Line Relocation Project Pelco Arm Failure Description & Timeline Events | |
| 342 | Email from Cho Leung Felix, Exelon, re incapability of bending arms | |

| Ex. | Description | Limitation |
|---|---|---|
| 343 | Email from Kelly Gaunce re: no technical exceptions | |
| 344 | Email from Kelly Gaunce re: SOW and Terms and Conditions | |
| 345 | Email from Kasey Scott, Pelco, re: photographs | |
| 346 | Email from Kasey Scott, Pelco, re: concerns as to the remaining welds (arms) | |
| 347 | Email from Kasey Scott, Pelco, re: irregularity in bend radius on the arms | |
| 348 | Email from Kasey Scott, Pelco, re: testing confirmed issues on the arms that we (ComEd/MJ and Pelco) thought might have issues with the bevel (14 arms) | |
| 349 | Email from Larry Barry, Pelco, re: four bad arms | |
| 350 | Email from Kasey Scott, Pelco, re: weld detail and procedure is not shown on drawings | |
| 351 | Email from Larry Barry, Pelco, re: relief cut process | |
| 352 | Email from Kasey Scott, Pelco, re: calculation for the channel to arm shaft weld | |
| 353 | Email from Kasey Scott, Pelco, re: RCM Weld Calcs and RCM Weld (relief cut drawing) | |
| 354 | Email from Kasey Scott, Pelco, re: Miter Joint Weld Detail | |
| 355 | Email from Kasey Scott, Pelco, re: accomplished by 100% weld | |
| 356 | Email from Kasey Scott, Pelco, re: Job 3967 (conference call with ComEd and Team Industries) | |
| 357 | Email from Kasey Scott, Pelco, re: EOWA Elgin-O'Hare - Pelco Job 3967 | |
| 358 | Email from Kasey Scott, Pelco, re: Steel Pole Arms for Replacement and Priority - EOWA Elgin-O'Hare - Pelco Job 3967 | |
| 359 | Email from Joseph Landise, ComEd, re: Tiger Strip welds do not match Pelco's design requirement | |
| 360 | Letter from Darrell Nelson re: review of Ultrasonic Examination Reports | |
| 361 | Email from Kasey Scott, Pelco, re: weld calculation for the channel to arm | |
| 362 | Email from Mark Bartolameolli re: EOWA Tollway - Team Industrial Testing Results from their Ultrasonic Testing Method: Attchs: images and SKM_C754e14121720030 PDF | |
| 363 | Email from Kasey Scott, Pelco, re: AWS Dl.1 Joint Designation BTC-P4-GF and WPS is based on Code Year 2010 of AWS D1.1 | |
| 364 | Email from Mark Bartolameolli, ComEd, re: report and alternate vendor to re-supply the product on this project | |
| 365 | Email from Kasey Scott, Pelco, re: re: EOWA Elgin-O'Hare - P.O. 1135579 - Pelco Job 3967. | |
| 366 | Email from Kasey Scott, Pelco, re: EOWA Elgin-O'Hare - P.O. 1135579 - Pelco Job 3967 | |

8

| Ex. | Description | Limitation |
|---|---|---|
| 367 | Email from Mark Bartolameolli, ComEd, re: photos and be glad ComEd changes these | |
| 368 | Letter from Ankita Malhotra re: Pelco/ComEd Purchase Order No. 01135575 and Field Inspection | |
| 369 | Letter from Phil Albert refuting settlement offer | |
| 370 | Mark Landow, Landow Metallurgical Consulting, Test Report | |
| 371 | Email from Jose Vaca re weld coupons | |
| 372 | Joe Vaca, Team Industrial Services, Ultrasonic Examination Reports | |
| 386 | Mark Hosfield, FRE 703, EOWA Elgin-O'Hare Steel Poles RFP | |
| 387 | Mark Hosfield, FRE 703, Purchase Order 01135579, Pelco | |
| 388 | Mark Hosfield, FRE 703, MJ Electric, X003 | |
| 389 | Mark Hosfield, FRE 703, Team Industrial Invoice | |
| 390 | Mark Hosfield, FRE 703, Purchase Order 01135575, Pelco, Anchor Cage | |
| 391 | Mark Hosfield, FRE 703, Purchase Order 01135579, Pelco, Galvanized | |
| 392 | Mark Hosfield, FRE 703, Purchase Order 01135579, Revision 001, Pelco, Galvanized | |
| 393 | Mark Hosfield, FRE 703, Purchase Order 01135575, Pelco, Anchor Cage | |
| 394 | Mark Hosfield, FRE 703, Valmont Invoice | |
| 395 | Mark Hosfield, FRE 703, Purchase Order 011419181, Valmont | |
| 396 | Mark Hosfield, FRE 703, Purchase Order 01135575, Pelco, Anchor Cage | |
| 397 | Mark Hosfield, FRE 703, Purchase Order 01135579, Revision 001, Pelco | |
| 398 | Mark Hosfield, FRE 703, MJ Electric, November Billing | |
| 399 | Mark Hosfield, FRE 703, MJ Electric, December Billing | |
| 400 | Mark Hosfield, FRE 703, MJ Electric, December Billing | |
| 401 | Mark Hosfield, FRE 703, MJ Electric, January Billing | |
| 402 | Mark Hosfield, FRE 703, MJ Electric, February Billing | |
| 403 | Mark Hosfield, FRE 703, MJ Electric, March Billing | |
| 404 | Mark Hosfield, FRE 703, MJ Electric, December Billing | |
| 405 | Mark Hosfield, FRE 703, MJ Electric, January Billing | |
| 406 | Mark Hosfield, FRE 703, MJ Electric, December Billing | |
| 407 | Mark Hosfield, FRE 703, MJ Electric, December Billing | |
| 408 | Mark Hosfield, FRE 703, MJ Electric, February Billing | |
| 409 | Mark Hosfield, FRE 703, MJ Electric, March Billing | |
| 410 | Mark Hosfield, FRE 703, MJ Electric, February Billing | |
| 411 | Mark Hosfield, FRE 703, MJ Electric, March Billing | |
| 412 | Mark Hosfield, FRE 703, 80027493X002 - Pelco Pole Failure FINAL1-22-15.xlsx | |
| 413 | Pelco Answer to First Amended Complaint | Party-Statement |

| Ex. | Description | Limitation |
|---|---|---|
| 415 | Pelco Responses to First Request for Admission | Party-Statement |
| 416 | Exelon First Request for Admission | Party-Statement |
| 419 | Dashiell Map | |
| 420 | Dashiell, Transmittal #01 | |
| 421 | Dashiell, Transmittal #02 | |
| 422 | Dashiell, Transmittal #03 | |
| 423 | Dashiell, Transmittal #04 | |
| 424 | Dashiell, Transmittal #05 | |
| 425 | Dashiell, Transmittal #06 | |
| 426 | Dashiell, Transmittal #07 | |
| 427 | Dashiell, Transmittal #08 | |
| 428 | Dashiell, Transmittal #09 | |
| 429 | Dashiell, Transmittal #10 | |
| 430 | Dashiell, Transmittal #11 | |
| 431 | Dashiell, Transmittal #12 | |
| 432 | Dashiell, Transmittal #13 | |
| 433 | Dashiell, Transmittal #14 | |
| 434 | Dashiell, Transmittal #15 | |
| 435 | Dashiell, Vendor Transmittal #01 | |
| 436 | Dashiell, Vendor Transmittal #02 | |
| 437 | Dashiell, Vendor Transmittal #03 | |
| 438 | Dashiell, Vendor Transmittal #04 | |
| 443 | Email from Shannon Kluesner, MJ, re: slaughter is not the correct word | |
| 445 | Mark Landow Test Report, Metallurgical Testing | |
| 446 | Email from Landow to Vaca seeking documents | |
| 447 | Email from Vaca to Landow, re documents and samples | |
| 448 | Email from Vaca to Landow attaching drawings | |
| 449 | Email from Vaca to Landow re coupons and photographs | |
| 450 | Email from Vaca to Landow re Purchase Order for Landow | |
| 451 | Email from Vaca to Mark B. regarding Landow testing | |
| 452 | Email chain between Vaca and Landow re Landow report | |
| 453 | Email from Mark B. to Joe Landise and others attaching Landow report | |
| 454 | Email from Landow to Vaca re revised report | |
| 455 | Email from Vaca to Landow regarding invoice | |
| 456 | Landow invoice | |
| 457 | Map, Elgin-O'Hare Tollway Extension, ComEd Transmission Relocation RFP | Demonstrative |
| 458 | Project Summary from ComEd with timeline | |
| 459 | Email from Mark Bartolameolli re: EOWA Tollway ComEd Transmission Line Relocation Project Summary | |

| Ex. | Description | Limitation |
|---|---|---|
| 460 | Email from Mark Bartolameolli re: EOWA Tollway ComEd Transmission Line Relocation Project Summary | |
| 461 | Email from Mark Bartolameolli re: EOWA Tollway ComEd Transmission Line Relocation Project Summary | |
| 462 | Email from Mark Bartolameolli re: EOWA Tollway ComEd Transmission Line Relocation Project Summary | |
| 467 | Arm-to-Clamp Sample 1 | |
| 468 | Arm-to-Clamp Sample 2 | |
| 469 | Arm-to-Clamp Sample 3 | |
| 470 | Tiger Weld Sample 1 | |
| 471 | Tiger Weld Sample 2 | |
| 472 | Tiger Weld Sample 3 | |
| 473 | Tiger Weld Sample 4 | |
| 474 | Tiger Weld Sample 5 | |
| 475 | Tiger Weld Sample 6 | |
| 476 | Tiger Weld Sample 7 | |
| 477 | Tiger Weld Sample 8 | |
| 478 | Tiger Weld Sample 9 | |
| 479 | Tiger Weld Sample 10 | |
| 480 | Email from Fournie to Batke with proposal from Team Industrial Services | |
| 481 | Email from Landise to Bartolameolli forwarding reports from Vaca | |
| 482 | Email from Malhotra to Jandacek, Gallagher with 12/15 and 12/16 updates | |
| 483 | Email from Bartolameolli to Landise re Mitre Cuts and Welds on Arms | |
| 484 | Email from Bartolameolli with miter joint weld drawing | |
| 485 | Update email from Bartolameolli to K. Scott | |
| 486 | Email from Vaca to Landise attaching TEAM reports | |
| 487 | Email from Vaca to Landise attaching TEAM reports | |
| 488 | Email from Landise to Bartolameolli re coupon samples | |
| 489 | Email from Vaca to Bartolameolli attaching TEAM reports | |
| 490 | Email from Bartolameolli to Vaca with arm to clamp weld calculation | |
| 491 | Team Industrial Services Ultrasonic Examination Report | |
| 492 | Email from Vaca to Bartolameolli re arm-to-clamp weld | |
| 493 | Email from Scott to Bartolameolli re arm-to-clamp weld | |
| 494 | Email from Vaca to Bartolameolli, Petersen, Landise re update | |
| 495 | Email from Vaca to Bartolameolli, Petersen, Landise re update | |
| 496 | Email from Vaca to Bartolameolli re arm-to-clamp weld | |
| 497 | Email from Bartolameolli to Vaca, Petersen, Landise re arm-to-clamp weld | |
| 498 | Email from Vaca to Bartolameolli, Petersen, Landise re arm-to-clamp weld | |

11

| Ex. | Description | Limitation |
|---|---|---|
| 499 | Email from Vaca to Bartolameolli, Petersen, Landise re arm-to-clamp weld | |
| 500 | Email from Vaca to Bartolameolli, Landise, Petersen attaching revised Jan 5, 2015 report | |
| 501 | Email from T Petersen to Fournie re conversation with TEAM | |
| 502 | Email from Boyle to Koestner requesting rate sheet added to contract | |
| 503 | Team Industrial Services, Inc. Invoices/ NDE Daily Time & Materials (Invoice 2429126) | |
| 504 | MJ Electric, Change Order Log | |
| 505 | Landow, Summary Chart | |
| 506 | Landow, Summary Chart with Images | |
| 507 | Landow, Photographs from Report | |
| 508 | Jose Vaca, Resume | Demonstrative |
| 509 | Demonstrative, Structure Location Plan | Demonstrative |
| 510 | Demonstrative, Arm Chart Corrected | Demonstrative |
| 511 | Demonstrative, Light Pole Location Plan, Elevation View | Demonstrative |
| 512 | Demonstrative, Mark Bartolameolli, Timeline | Demonstrative |
| 513 | Demonstrative, Mark Bartolameolli, Timeline | Demonstrative |
| 514 | Demonstrative, Conductor Wire | Demonstrative |

Dated: August 15, 2019                          Respectfully submitted,

| **EXELON BUSINESS SERVICES COMPANY, LLC** | **PELCO STRUCTURAL, LLC** |
|---|---|
| */s/ Brian O. Watson* | */s/ Andrew Lesko* |
| Heather H. Harrison (#6296693) | Robert J. Franco |
| Tracy A. Hannan (#6281834) | Andrew Lesko |
| Assistant General Counsel | FRANCO & MORONEY, LLC |
| EXELON CORPORATION | 500 West Madison St., Suite 2440 |
| 10 S Dearborn St., 49th Floor | Chicago, Illinois 60661 |
| Chicago, Illinois 60603 | Telephone: (312) 469-1000 |
| Telephone: 312-394-8994 | robert.franco@francomoroney.com |
| Facsimile: 312-394-8322 | |
| tracy.hannan@exeloncorp.com | |
| heather.harrison@exeloncorp.com | |
| | |
| Mariangela M. Seale (#6293433) | |
| Brian O. Watson (#6304248) | |
| Lauren Jaffe (#6316795) | |
| Joy Anderson (#6320219) | |
| RILEY SAFER HOLMES & CANCILA LLP | |
| Three First National Plaza | |
| 70 W. Madison St, Ste. 2900 | |
| Chicago, Illinois 60602 | |
| Telephone: (312) 471-8700 | |
| Facsimile: (312) 471-8701 | |
| mseale@rshc-law.com | |
| bwatson@rshc-law.com | |
| ljaffe@rshc-law.com | |
| janderson@rshc-law.com | |
| www.rshc-law.com | |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that these papers were filed and served on all counsel of record via the Court's CM/ECF electronic filing system on August 15, 2019.

*/s/ Brian O. Watson*