ATTACHMENT B

DAMAGES WORKBOOK

I.    PURPOSE

To show the math behind Pelco's claimed alternative equipment costs from page 12 of its Response Brief.

II.    FACTS

According to Ex. 412, MJ's originally-claimed equipment totals for every week following the arm failure were as follows:

| WEEK ENDING | MJ's Claimed Equipment Costs |
|---|---|
| 12-07-14 | $49,682.45 |
| 12-14-14 | $101,518.88 |
| 12-21-14 | $65,017.60 |
| 12-28-14 | $56,316.12 |
| 01-04-15 | $55,260.92 |
| 01-11-15 | $59,137.52 |
| 01-18-15 | $54,930.00 |
| 01-25-15 | $54,930.00 |
| 02-01-15 | $54,930.00 |
| 02-08-15 | $54,930.00 |
| 02-15-15 | $54,930.00 |

In order for MJ to demobilize and remobilize its equipment, it would incur a $37,500 charge. Conklin 889:6-891:21.

### III. ADJUSTMENTS

At trial, ComEd removed the following amounts from its equipment costs:

- $115,496.68 "for equipment due to overlap with work anticipated before the arm failure." Exelon's Brief, p. 14 FN 11; JSF ¶ 121
- $2,005.84 "due to a 'transfer' difference." Exelon's Brief, p. 14 FN 11.
- $4,207.52 related to the week ending January 11, 2015. Ex. 519:0015.

Reducing the January 11, 2015 equipment costs by $4,207.52 results in the following adjustment:

| 01-11-15 | $54,930 |

### IV. ASSUMPTIONS

The transfer difference of $2,005.84 relates to MJ's February invoice. *See* Exs. 236:0001-02 and 410. I have therefore assumed the $2,005.84 related to MJ's last February entry, which results in the following adjustment:

| 02-15-15 | $52,924.16 |

For the $115,496.68 overcharge, Mark Hosfield was unable to identify how MJ's first six weeks of equipment totals should be reduced to reflect these excess equipment charges. Hosfield 645:2-650:4. He testified that "I don't know which weeks it came out of." (Hosfield 647:3-7) and that he removed the amounts "in aggregate." (Hosfield 647:12-23). He also testified that "I think the farther down we get into these, the more likely they are to be accurate, but I don't know." Hosfield 648:1-8.

Because Mr. Hosfield removed $115,496.68 in aggregate from MJ's first six weeks of equipment costs, and because he thought the earlier totals were more likely to be inaccurate, I have assumed that $115,496.68 should be removed from the total making up MJ's equipment costs for

the first three weeks (through the week ending 12-21-14). These assumptions and adjustments leaves us with new equipment costs that we will use going forward:

| WEEK ENDING | CLAIMED COSTS | ADJUSTED COSTS |
|---|---|---|
| 12-07-14 | $49,682.45 | N/A |
| 12-14-14 | $101,518.88 | N/A |
| 12-21-14 | $65,017.60 | N/A |
| **Equipment Total Through 12-21-14** | **$216,218.93** | **$100,722.25** |

| WEEK ENDING | CLAIMED COSTS | ADJUSTED COSTS |
|---|---|---|
| 12-28-14 | $56,316.12 | $56,316.12 |
| 01-04-15 | $55,260.92 | $55,260.92 |
| 01-11-15 | $59,137.52 | $54,930.00 |
| 01-18-15 | $54,930.00 | $54,930.00 |
| 01-25-15 | $54,930.00 | $54,930.00 |
| 02-01-15 | $54,930.00 | $54,930.00 |
| 02-08-15 | $54,930.00 | $54,930.00 |
| 02-15-15 | $54,930.00 | $52,924.16 |
| **Equipment Total from 12-28-14 Through 02-15-15** | **$445,364.56** | **$439,151.20** |

V. CALCULATIONS

**Scenario I – ComEd Demobilized MJ's equipment on December 19, 2014.**

- MJ's equipment costs of $100,722.25 through the week ending 12-21-14 would have the 50% monthly rate applied, which would equal $50,361.12.

- MJ would have incurred $37,500 for the demobilization/remobilization.

- MJ would have incurred $768.60/week for the 8 weeks after the week ending 12-21-14 for the three pieces of specialized equipment that should have remained on site, totaling $6,148.80

- **RESULT** – ComEd's Equipment Costs would total $94,009.92

**Scenario II – ComEd Demobilized MJ's equipment on January 5, 2015.**

- MJ's equipment costs of $100,722.25 through the week ending 12-21-14 would have the 50% monthly rate applied, which would equal $50,361.12.

- MJ's additional equipment costs of $166,507.04 through the week ending 01-11-15 would have the 50% monthly rate and 34% idle rate applied, which would equal $28,306.20.

- MJ would have incurred $37,500 for the demobilization/remobilization.

- MJ would have incurred $768.60/week for the 5 weeks after the week ending 01-11-15 for the three pieces of specialized equipment that should have remained on site, totaling $3,843.00

- **RESULT** – ComEd's Equipment Costs would total $120,010.32

**Scenario III – ComEd Demobilized MJ's equipment on January 15, 2015.**

- MJ's equipment costs of $100,722.25 through the week ending 12-21-14 would have the 50% monthly rate applied, which would equal $50,361.12.

- MJ's additional equipment costs of $221,437.04 through the week ending 01-18-15 would have the 50% monthly rate and 34% idle rate applied, which would equal $37,644.30.
- MJ would have incurred $37,500 for the demobilization/remobilization.
- MJ would have incurred $768.60/week for the 4 weeks after the week ending 01-18-15 for the three pieces of specialized equipment that should have remained on site, totaling $3,074.40
- **RESULT –** ComEd's Equipment Costs would total $128,579.82.

**Scenario IV – Rather than Demobilizing, ComEd utilized Monthly Rates.**

- MJ's equipment costs of $100,722.25 through the week ending 12-21-14 would have the 50% monthly rate applied, which would equal $50,361.12.
- MJ's additional equipment costs of $439,151.20 through the week ending 02-15-15 would also have the 50% monthly rate applied, which would equal $219,575.60.
- **RESULT –** ComEd's Equipment Costs would total $269,936.72

**Scenario V – Rather than Demobilizing, ComEd utilized Monthly and Idle Rates.**

- MJ's equipment costs of $100,722.25 through the week ending 12-21-14 would have the 50% monthly rate applied, which would equal $50,361.12.
- MJ's additional equipment costs of $439,151.20 through the week ending 02-15-15 would have the 50% monthly rate and 34% idle rate applied, which would equal $74,655.70.
- **RESULT –** ComEd's Equipment Costs would total $125,016.82