# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Exelon Business Services Company, LLC.,

Plaintiff(s),

v.

Pelco Structural, LLC.,

Defendant(s).

Case No. 16-cv-611
Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) Exelon Business Services Company, LLC.
and against defendant(s) Pelco Structural, LLC.
in the amount of $2,749,932.82 ,

which ☒ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge presiding, and the jury has rendered a verdict.
☒ tried by Judge Robert M. Dow without a jury and the above decision was reached.
☐ decided by Judge on a motion

Date: 11/30/2020

Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk