UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC, | |
| Plaintiff, | Case No.: 1:16-cv-00611 |
| v. | Hon. Robert M. Dow, Jr. |
| PELCO STRUCTURAL, LLC, | |
| Defendant. | |

I, Brian O. Watson, declare under penalty of perjury that the following is true and correct pursuant to 28 U.S.C. § 1746:

1. I am an attorney with the law firm of Riley Safer Holmes & Cancila LLP and one of the counsel in this case for Exelon Business Services Company, LLC.

2. I make this declaration on my own personal knowledge in support Exelon Business Services Company, LLC's Bill of Costs.

3. The requested amount in Exelon Business Services Company, LLC's Bill of Costs is a fraction of the nontaxable expenses borne by Exelon Business Services Company, LLC in this action.

4. Exhibit 1 is a summary of the costs that were actually and necessarily incurred in this action.

5. Exhibit 2 is documentation of the fees and costs concerning the deposition transcript of Phil Albert.

6. Exhibit 3 is documentation of the fees and costs concerning the deposition transcript of Larry Barry.

7. Exhibit 4 is documentation of the fees and costs concerning the deposition transcript of Mark Bartolameolli.

8. Exhibit 5 is documentation of the fees and costs concerning the deposition transcript of Richard Conklin.

9. Exhibit 6 is documentation of the fees and costs concerning the deposition transcript of John Holtz.

10. Exhibit 7 is documentation of the fees and costs concerning the deposition videotape of Mark Hosfield.

11. Exhibit 8 is documentation of the fees and costs concerning the deposition transcript of James LaFontaine.

12. Exhibit 9 is documentation of the fees and costs concerning the deposition transcript of Edward Mowry.

13. Exhibit 10 is documentation of the fees and costs concerning the deposition transcript of Darrell Nelson.

14. Exhibit 11 is documentation of the fees and costs concerning the deposition transcript of Wesley Oliphant.

15. Exhibit 12 is documentation of the fees and costs concerning the deposition transcript of Tyler Peterson.

16. Exhibit 13 is documentation of the fees and costs concerning the deposition transcript of M. Kasey Scott.

17. Exhibit 14 is documentation of the fees and costs concerning the deposition transcript of James Sutphen.

18. Exhibit 15 is documentation of the fees and costs concerning the deposition transcript of Karen Tower Erbach.

19. Exhibit 16 is documentation of the fees and costs concerning the pretrial transcript of May 21, 2019.

20. Exhibit 17 is documentation of the fees and costs concerning the trial transcripts.

21. Exhibit 18 is documentation of the fees and costs concerning the actual travel expenses of Mark Hosfield.

22. Exhibit 19 is documentation of the fees and costs concerning exemplification and electronic copies of the trial exhibits necessary for use in this case for the Court, Plaintiff, and Defendant, provides the best breakdown obtainable from retained records, and does not include charges for copies made solely for attorney convenience.

Dated: December 30, 2020

Respectfully submitted,

By: */s/ Brian O. Watson*
Brian O. Watson (#6304248)
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St, Ste. 2900
Chicago, Illinois 60602
Telephone: (312) 471–8700
Facsimile: (312) 471–8701
bwatson@rshc-law.com
docketdept@rshc-law.com

## CERTIFICATE OF SERVICE

I certify that on December 30, 2020, these papers were filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing upon all parties who have appeared.

*/s/ Brian O. Watson*
Brian O. Watson

4813-7992-1109, v. 1