# EXHIBIT 18



**Tracy Hannan**
*Assistant General Counsel*
**Exelon Corporation**
**10 South Dearborn Street**
**49th Floor**
**Chicago, Illinois 60603**

| | |
|---|---|
| **Date:** | 08/31/19 |
| **Invoice Number:** | 12464 |
| **Invoice Amount:** | |
| **Remit payment to:** | Davis & Hosfield Consulting LLC |
| | 20 North Wacker Drive |
| | Suite 2150 |
| | Chicago, Illinois 60606 |

*Please include the remittance copy of the invoice with payment or write the invoice number on the face of the check to ensure proper credit.*

For professional fees and expenses incurred from August 1, 2019 through August 31, 2019 in connection with the **Exelon Business Services Company, LLC v. Pelco Structural, LLC** matter.

**Professional Fees**

| Name | Title | Billed Hours | Bill Rate | Fees |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | Total Expenses | | | |
| | | | TOTAL | |
| | | | PREVIOUS INVOICES OUTSTANDING | |
| | | | TOTAL AMOUNT DUE | |

Total Expenses: $1,691.79

**Current fees and expenses relate to the following:**
- Preparation for and attendance at trial

| | |
|---|---|
| **Bank:** | The Northern Trust Bank |
| **Account Name:** | Davis & Hosfield Consulting LLC Operating Account |
| **Account#:** | |
| **Routing#:** | |
| **SWIFT Code:** | |
| **Reference:** | Invoice Number/Name of Matter |

*Payment due within 30 days of date of invoice. Late charges compounded at 1.5% per month may be accrued on past due invoices.*

| **TOTAL INVOICE AMOUNT** | |
|---|---|

| | |
|---|---|
| **Date:** | 08/31/19 |
| **Invoice Number:** | 12464 |
| **Invoice Amount:** | |

**Tax ID#**

**Brian Watson**

| | |
|---|---|
| **From:** | Davis & Hosfield Consulting LLC <billing@DHLLC.com> |
| **Sent:** | Monday, December 21, 2020 12:47 PM |
| **To:** | Brian Watson |
| **Subject:** | [EXTERNAL EMAIL]   RE: Davis & Hosfield Invoice |

All expenses were for Mark Hosfield:

| Date | Description | Amount |
|---|---|---|
| 8/18/19 | Taxi/Ride Share - Montauk to LaGuardia | $ 305.87 |
| 8/18/19 | Airfare to Chicago | 891.60 |
| 8/18/19 | Taxi/Ride Share - O'Hare to Wilmette | 56.60 |
| 8/20/19 | Taxi/Ride Share - To Court | 8.00 |
| 8/20/19 | Taxi/Ride Share - To O'Hare | 55.20 |
| 8/20/19 | Meals - Lunch at O'Hare | 38.09 |
| 8/20/19 | Taxi/Ride Share - LaGuardia to Montauk | 336.43 |
| | | $ 1,691.79 |

If you need anything further, please let us know.

Davis & Hosfield Consulting LLC
20 North Wacker Drive
Suite 2150
Chicago, Illinois 60606
(312) 506-1500
(312) 506-1510 -- Fax