# EXHIBIT 19

# Invoice

**DC Data Corporation**
ACCOUNTS RECEIVABLE
180 W. Washington Street
Suite 1100
Chicago, Il 60602

| Date | Invoice # |
|---|---|
| 8/11/2019 | 41710 |

| FEIN # |
|---|
| 27-0337528 |

| Bill To |
|---|
| Riley Safer Holmes & Cancila, LLP |
| Three First National Plaza |
| Alva Coleman |
| 70 W. Madison St.- Suite 2900 |
| Chicago, Il 60602 |

| Rep | Terms | Client/ Matter # |
|---|---|---|
| PC | Due on receipt | 150563-105000 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | Weekend Printing of Pelco Trial Binders | | |
| EBS | 8,126 | Electronic Bates Stamping | 0.01 | 81.26 |
| PDF w/ OCR | 8,126 | PDF w/ OCR | 0.03 | 243.78 |
| Blowbacks | 22,580 | Blowbacks | 0.08 | 1,806.40 |
| Color Blowbacks | 18,050 | Color Blowbacks | 0.75 | 13,537.50 |
| Assemble Docu... | 40,630 | Assemble Documents | 0.05 | 2,031.50 |
| 11 X 17 | 1,640 | 11 X 17 | 0.35 | 574.00 |
| Color 11 x 17 | 2,470 | Color 11 x 17 | 1.50 | 3,705.00 |
| Custom Tabs | 2,565 | Custom Tabs | 1.00 | 2,565.00 |
| 2" Binders | 5 | 2" Binder/ Punch/ Insert | 20.00 | 100.00 |
| 4" Binders | 25 | 4" Binder/ Punch/ Insert | 40.00 | 1,000.00 |
| Technology Time | 9.5 | Technology Time - Load/ Process Documents to TIFF Format to allow us to Manually stamp first page of each document with exhibit sticker | 175.00 | 1,662.50 |
| Color Blowbacks | 18,050 | Color Blowbacks Discount - Credit | -0.30 | -5,415.00 |
| Assemble Docu... | 40,630 | Assemble Documents Discount - Credit | -0.01 | -406.30 |
| Technology Time | 1.5 | Technology Time Discount - Credit | -175.00 | -262.50 |
| 11 x 17 Color | 2,470 | 11 x 17 Color Discount - Credit | -0.60 | -1,482.00 |

Client Data will remain on DC Data servers for six months from the date of work completion. If you would like DC Data to archive data longer than six months, please email Support@dcdatacorp.com.

| Total | $19,741.14 |
|---|---|
| **Balance Due** | **$19,741.14** |

# Invoice

**DC Data Corporation**
ACCOUNTS RECEIVABLE
180 W. Washington Street
Suite 1100
Chicago, Il 60602

| Date | Invoice # |
|---|---|
| 8/13/2019 | 41721 |
| FEIN # | |
| 27-0337528 | |

| Bill To |
|---|
| Riley Safer Holmes & Cancila, LLP |
| Three First National Plaza |
| Alva Coleman |
| 70 W. Madison St.- Suite 2900 |
| Chicago, Il 60602 |

| Rep | Terms | Client/ Matter # |
|---|---|---|
| PC | Due on receipt | 150563-105000 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | Witness Binders | | |
| Custom Tabs | 340 | Custom Tabs | 1.00 | 340.00 |
| .5 Binder | 16 | .5" Binder/ Punch/ Insert | 7.50 | 120.00 |
| 1" Binders | 4 | 1" Binder/ Punch/ Insert | 10.00 | 40.00 |
| 1.5" Binder | 8 | 1.5" Binder/ Punch/ Insert | 15.00 | 120.00 |
| 2" Binders | 4 | 2" Binder/ Punch/ Insert | 20.00 | 80.00 |
| Blowbacks | 2,712 | Blowbacks | 0.08 | 216.96 |
| Color Blowbacks | 3,512 | Color Blowbacks | 0.75 | 2,634.00 |
| Assemble Docu... | 6,224 | Assemble Documents | 0.05 | 311.20 |
| 11 X 17 | 276 | 11 X 17 | 0.35 | 96.60 |
| 11 x 17 Color | 672 | 11 x 17 Color | 1.50 | 1,008.00 |
| Color Blowbacks | 3,512 | Color Blowbacks Discount - Credit | -0.30 | -1,053.60 |
| Assemble Docu... | 6,224 | Assemble Documents Discount - Credit | -0.01 | -62.24 |
| 11 x 17 Color | 672 | 11 x 17 Color Discount - Credit | -0.60 | -403.20 |

Client Data will remain on DC Data servers for six months from the date of work completion. If you would like DC Data to archive data longer than six months, please email Support@dcdatacorp.com.

**Total** $3,447.72

**Balance Due** $3,447.72

# Invoice

**DC Data Corporation**
ACCOUNTS RECEIVABLE
180 W. Washington Street
Suite 1100
Chicago, Il 60602

| Date | Invoice # |
|---|---|
| 8/17/2019 | 41747 |

| FEIN # |
|---|
| 27-0337528 |

| Bill To |
|---|
| Riley Safer Holmes & Cancila, LLP |
| Three First National Plaza |
| Alva Coleman |
| 70 W. Madison St.- Suite 2900 |
| Chicago, Il 60602 |

| Rep | Terms | Client/ Matter # |
|---|---|---|
| PC | Due on receipt | 150563-105000 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
|  |  | Weekend Printing - Trial Exhibits - Landow, Vaca, Hosfield + add on binders |  |  |
| Custom Tabs | 267 | Custom Tabs | 1.00 | 267.00 |
| Redwelds | 4 | Redweld | 5.00 | 20.00 |
| Folders | 1 | Folders | 1.50 | 1.50 |
| 1" Binders | 17 | 1" Binders/ Punch/ Insert | 10.00 | 170.00 |
| Blowbacks | 2,396 | Blowbacks | 0.12 | 287.52 |
| Color Blowbacks | 1,820 | Color Blowbacks | 0.75 | 1,365.00 |
| 11 x 17 Color | 178 | 11 x 17 Color | 1.50 | 267.00 |
| Assemble Docu... | 4,367 | Assemble Documents | 0.05 | 218.35 |
| Technology Time | 4.25 | Technology Time - Various Requests, Loading, TIFFing PDFs for print prepping on a rolling basis | 175.00 | 743.75 |
| Color Blowbacks | 1,820 | Color Blowbacks Discount - Credit | -0.30 | -546.00 |
| Assemble Docu... | 4,367 | Assemble Documents Discount - Credit | -0.01 | -43.67 |
| Technology Time | 1.25 | Technology Time Discount - Credit | -175.00 | -218.75 |
| Color 11 x 17 | 178 | Color 11 x 17 Discount - Credit | -0.60 | -106.80 |

Client Data will remain on DC Data servers for six months from the date of work completion. If you would like DC Data to archive data longer than six months, please email Support@dcdatacorp.com.

| Total | $2,424.90 |
|---|---|
| **Balance Due** | $2,424.90 |

# Invoice

**DC Data Corporation**
ACCOUNTS RECEIVABLE
180 W. Washington Street
Suite 1100
Chicago, Il 60602

| Date | Invoice # |
|---|---|
| 8/23/2019 | 41763 |
| FEIN # | |
| 27-0337528 | |

| Bill To |
|---|
| Riley Safer Holmes & Cancila, LLP |
| Three First National Plaza |
| Alva Coleman |
| 70 W. Madison St.- Suite 2900 |
| Chicago, Il 60602 |

| Rep | Terms | Client/ Matter # |
|---|---|---|
| PC | Due on receipt | 150563-105000 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| | | Various Request for Trial | | |
| Blowbacks | 6,070 | Blowbacks | 0.08 | 485.60 |
| Color Blowbacks | 3,959 | Color Blowbacks | 0.75 | 2,969.25 |
| Assemble Docu... | 10,029 | Assemble Documents | 0.05 | 501.45 |
| 11 X 17 | 344 | 11 X 17 | 0.35 | 120.40 |
| 11 x 17 Color | 448 | 11 x 17 Color | 1.50 | 672.00 |
| Custom Tabs | 304 | Custom Tabs | 1.00 | 304.00 |
| Redwelds | 2 | Redweld | 5.00 | 10.00 |
| Folders | 17 | Folders | 1.50 | 25.50 |
| Custom Labels | 19 | Custom Labels | 1.00 | 19.00 |
| 2" Binders | 4 | 2" Binder/ Punch/ Insert | 20.00 | 80.00 |
| 4" Binders | 4 | 4" Binder/ Punch/ Insert | 40.00 | 160.00 |
| Color Blowbacks | 3,959 | Color Blowbacks Discount - Credit | -0.30 | -1,187.70 |
| Assemble Docu... | 10,029 | Assemble Documents Discount - Credit | -0.01 | -100.29 |
| Color 11 x 17 | 448 | Color 11 x 17 Discount - Credit | -0.60 | -268.80 |

Client Data will remain on DC Data servers for six months from the date of work completion. If you would like DC Data to archive data longer than six months, please email Support@dcdatacorp.com.

**Total** $3,790.41

**Balance Due** $3,790.41