

## ISSUED BY THE

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC, | ) ) ) | **FILED** |
| Plaintiff, | ) ) | JUN 2 2 2021 |
| v. | ) ) Case No. 1:16-cv-00611 | THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT |
| PELCO STRUCTURAL, LLC, | ) ) Judge Dow | |
| Defendant. | ) ) | |

### CITATION TO DISCOVER ASSETS

To: Pelco Structural, LLC
1501 N. Industrial Boulevard
Claremore, OK 74017-2845

A Judgment against Defendant PELCO STRUCTURAL, LLC ("Judgment Debtor") was entered on November 30, 2020 in the amount of $2,749,932.82 plus post-judgement interest, and remains unsatisfied in the amount of $2,749,932.82 plus post-judgment interest.

**YOU ARE COMMANDED** to appear at 219 S. Dearborn Street, Chicago, IL 60604 on July 27, 2021 at 9:15 a.m. and be examined under oath relating to any and all accounts, property, income or assets of Judgment Debtor. Please note that the examination date is conditional and subject to change by Plaintiff Exelon Business Services Company, LLC based on its assessment of the completeness and status of your production of documents. Before Judge Dow in 1719.

**YOU ARE COMMANDED** to produce prior to the examination all documents, papers and records identified in Rider A. The documents, papers and records must be produced by July 19, 2021 and should be delivered to Joseph P. Kincaid, Swanson, Martin & Bell, LLP, 330 N. Wabash, Suite 3300, Chicago, IL 60611.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to Judgment Debtor or to which Judgment Debtor may be entitled or that may be acquired by or become due to Judgment Debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to Judgment Debtor, until the further order of court or termination of the

proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**YOUR FAILURE TO APPEAR AND ANSWER AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT.**

### CERTIFICATE OF ATTORNEY

I, Joseph P. Kincaid, certify to the Court, under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the following information is true:

1. Judgment was entered in the amount of $2,749,932.82 on November 30, 2020.
2. Name of the Court entering Judgment: United States District Court, Northern District of Illinois, Eastern Division.
3. Case No. 1:16-cv-00611

| Dated: June 21, 2021 | ISSUED: |
|---|---|
| PLAINTIFF EXELON BUSINESS SERVICES COMPANY, LLC<br><br>By: _____<br>One of Its Attorneys<br><br>Joseph P. Kincaid<br>SWANSON, MARTIN & BELL, LLP<br>330 N. Wabash, Suite 3300<br>Chicago, IL 60611<br>(312) 321-9100<br>Attorney No. 6202639<br>jkincaid@smbtrials.com<br><br>*Counsel for Exelon Business Services Company, LLC* | Thomas G. Burton, Clerk of the District Court<br><br><br><br>_____<br>By: Deputy Clerk |

IN THE UNITED STATES DISTRICT COURT
CASE NO. 1:16-cv-00611
AFFIDAVIT OF SPECIAL PROCESS SERVER

_____, being first duly sworn on oath deposes and says that he/she served process in the above mentioned cause.

That he/she served the within: X    Citation to Discover Assets
                                            X    Citation Notice
                                            X    Certificate of Attorney

1. [ ] By leaving a copy with the named party, PELCO STRUCTURAL, INC., personally on _____.

2. [ ] On the within named party, PELCO STRUCTURAL, INC., by leaving a copy with _____ who states that they are a member of the household on _____, and informed that person of the contents thereof, and that further he mailed a copy of same in a sealed envelope with postage prepaid addressed to the party on _____.

3. [ ] On the within party, PELCO STRUCTURAL, (INPUT REGISTERED AGENT) by leaving a copy with _____ on _____ and informed that person of the contents thereof.

4. [ ] That the sex, race and approximate age of the person with whom he left the documents were as follows:

   SEX: _____    RACE: _____    APPROXIMATE AGE: \_\_\_\_\_

5. [ ] That the place where and the time of day when the documents were served were as follows:
   PLACE: _____
   TIME OF DAY: _____

6. [ ] That he was unable to serve the within named party PELCO STRUCTURAL, INC., located at _____ for the reason: _____

SIGNED AND SWORN to before me
on the _____ day of
_____, 2021.

_____                    _____
NOTARY PUBLIC                                                          Name: _____
                                                                                         Special Process Server
                                                                                         Private Detective No. _____

## CITATION NOTICE

United States District Court
for the Northern District of Illinois
219 S. Dearborn Street, Chicago, IL

| | |
|---|---|
| Exelon Business Services Company, LLC, | Judgment Creditor Swanson, Martin & Bell, LLP 330 N. Wabash, Suite 3300 Chicago, IL 60611 |
| v. | |
| Pelco Structural, LLC | Judgment Debtor |
| Judgment Amount: | $2,749,932.82 (Case No. 16-cv-611) |

This citation is directed to: Pelco Structural, LLC

Return Date and Time: _____ (documents)
_____ (examination)

NOTICE: The court has issued a citation against you, the judgment debtor. The citation directs that you produce documents and appear at the place designated above to be examined for the purpose of allowing the judgment creditor to discover income and assets belonging to you, the judgment debtor, or in which you, the judgment debtor, has an interest. The citation was issued on the basis of a judgment against you, the judgment debtor, in favor of the judgment creditor in the amount stated above. On or after the date stated above, the court may compel the application of any discovered income or assets toward payment on the judgment.

The amount of income or assets that may be applied toward the judgment is limited by federal and Illinois law. The JUDGEMENT DEBTOR HAS THE RIGHT TO ASSERT STATUTORY EXEMPTIONS AGAINST CERTAIN INCOME OR ASSETS OF THE JUDGMENT DEBTOR WHICH MAY NOT BE USED TO SATISFY THE JUDGMENT IN THE AMOUNT STATED ABOVE:

(1) Under Illinois or federal law, the exemptions of personal property owned by the debtor include the debtor's equity interest, not to exceed $2,000 in value, in any personal property as chosen by the debtor; Social Security and SSI benefits; public assistance benefits; unemployment compensation benefits; worker's compensation benefits; veteran's benefits; circuit breaker property tax relief benefits; the debtor's equity interest, not to exceed $1,200 in value, in any one motor vehicle, and the debtor's equity interest, not to exceed $750 in value, in any implements, professional books, or tools of the trade of the debtor.

(2) Under Illinois law, every person is entitled to an estate in homestead, when it is owned and occupied as a residence, to the extent in value of $7,500, which homestead is exempt from judgment.

(3) Under Illinois law, the amount of wages that may be applied toward a judgment is limited to the lesser of (i) 15% of gross weekly wages or (ii) the amount by which disposable earnings for a week exceed the total of 45 times the federal minimum hourly wage.

(4) Under federal law, the amount of wages that may be applied toward a judgment is liit4ed to the lesser of (i) 25% of disposable earnings for a week or (ii) the amount by which disposable earnings for a week exceed 30 times the federal minimum hourly wage.

(5) Pension and retirement benefits and refunds may be claimed as exempt under Illinois law.

The judgment debtor may have other possible exemptions under the law.

THE JUDGMENT DEBTOR HAS THE RIGHT AT THE CITATION HEARING TO DECLARE EXEMPT CERTAIN INCOME OR ASSETS OR BOTH. The judgment debtor also has the right to seek a declaration at an earlier date, by notifying the clerk in writing at 219 S. Dearborn, 20th Floor, Chicago, Illinois 60604. When so notified, the Clerk of the Court will obtain a prompt hearing date from the court and will provide the necessary forms that must be prepared by the judgment debtor or the attorney for the judgment debtor and sent to the judgment creditor and the judgment creditor's attorney regarding the time and location of the hearing.

## **PROOF OF SERVICE**

_____ declares under penalty of perjury under the laws of the United States of America that the information declared in the Proof of Service is true and correct:

I am over 21 years of age and not a party to this case. I served this Citation to Discover Assets at the date and place specified below as follows:

_____

_____

_____
Signed and Sworn by the Party Making Service

_____
Date

## **RIDER**

### Exhibit "A" Rider to Citation to Discover Assets

Pelco Structural, LLC ("Defendant" or "Judgment Debtor") is required to produce the following documents related to the Citation to Discover Assets upon Pelco Structural, LLC.

1. All bank statements, cancelled checks, memorandums, check books and any other records relating to checking accounts, savings accounts or any other accounts maintained by Judgment Debtor within the past five (5) years at any bank or similar financial instruction.

2. All deeds, mortgages, trust deeds, certificates of participation, trust agreements and contracts for deed evidencing any ownership interest, legal or equitable in real estate which Judgment Debtor now has or had an interest during the past five (5) years.

3. All passbooks and certificates of deposit which evidence accounts in a bank, savings and loan association or other financial institution which Defendant now has or has had an interest during the past five (5) years.

4. All statements of accounts relating to a stock or commodities brokerage account or accounts, including futures or commodity options, maintained with a stock or commodities broker in which Defendant now has or has had an interest during the past five (5) years.

5. All stock certificates, notes, bonds, debentures, options or any other documents whether negotiable or non-negotiable in which Defendant now has or has had an interest during the past five (5) years, including but not limited to stock certificates in any accounting practice.

6. Defendant's complete federal and state tax returns, final or estimated, covering any portion of the last five (5) calendar years.

7. All casualty and personal property insurance policies in which Defendant now has or has had an interest during the past five (5) years.

8. All correspondence, documents and records pertaining to claims and settlements between Defendant and any insurance carrier during the past five (5) years.

9. All receipts, rental agreements or other statements relating to any safe deposit box in which Defendant now has or has had an interest during the past five (5) years.

10. All certificates of title for automobiles, trucks, or other motor vehicles in which Defendant now has or has had an interest in during the past five (5) years.

11. All certificates of title for real estate, deeds, land trusts and REITS.

12. All certificates of title, registration certificate agreement, or any other form of record indicating ownership or property interest in airplanes, boats, ships, yachts, or thoroughbred racehorses in which Defendant now has or has had an interest during the past five (5) years.

13. All certificates of title or other evidence of ownership of inventory, equipment, machinery, supplies, fixed assets, plants, warehouses or other like assets.

14. All documents and records pertaining to Defendant's cash on hand.

15. All documents and records pertaining to any funds belonging to Defendant which are being held in escrow.

16. All agreements, memorandums, notes or other documents, files or records relating to a partnership, joint venture or any other type of business association in which Defendant now has or has had an interest during the past five (5) years.

17. All books, records, journals, ledgers, financial statements, both certified and otherwise, accountants' worksheets, and any and all other documents reflecting the business operations and day-to-day affairs of entities with which the Defendant has had any connection.

18. All Defendant's real estate and personal property tax bills for the past five (5) years.

19. All documents or records pertaining to lawsuits or causes of action in which Defendant is a party plaintiff or a potential plaintiff, in which there exists the possibility of a monetary recovery on Defendant's behalf.

20. All documents and records pertaining to claims, accounts receivables, notes or expectations which Defendant now holds against any individual, partnership or corporation.

21. All financial statements and security agreements listing Defendant as either the creditor, debtor or assignee during the past five (5) years, and also any foreclosure documents relating to said financing statements or security agreements.

22. All documents and records pertaining to tangible and intangible assets in which Defendant has or has had any interest at any time within the past five (5) years.

23. Names, addresses and positions for all Officers, Directors of any Corp., and all Member and Managers of any LLC, and all partners of any partnerships, limited or general, of which Defendant has an interest.

24. All corporate record books including minutes of meetings of officers, directors and shareholders, corporate resolutions, shares of ownership, plus all LLC operating agreements.

25. All accounts payable from the date of filing of the complaint forward.
26. All documents reflecting intellectual property owned by Judgment Debtor, including but not limited to Trademarks, Copyright and/or Patents.

27. All records or documents of any type whatsoever reflecting transactions or transfers of money or assets between Judgment Debtor and Pelco Products, Inc. or Pelco Industries, Inc. or Pelco Investments, Inc. for the last five (5) years.

28. Payroll records and records of payments to Officers, Directors, Shareholders or Investors for the last five (5) years.