

## United States District Court for the Northern District of Illinois

Case Number: 1:16-cv-00611

Assigned/Issued By: ng

Judge Name: Dow

Designated Magistrate Judge: VALDEZ

### FEE INFORMATION

**Amount Due:**
- [ ] $402.00
- [ ] $49.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____
- [ ] $505.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

### ISSUANCES

- [ ] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Abstract of Judgment
- [ ] Wage-Deduction Garnishment Summons
- [✓] Citation to Discover Assets
- [ ] Writ _____
  (Type of Writ)

(Victim, Against and $ Amount)

1 Original and 1 copies on 6/22/2021 as to Pelco Structural, LLC
(Date)

(Notice Filed)

Rev. 08/19/2016