**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EXELON BUSINESS SERVICES COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:16-cv-00611 |
| PELCO STRUCTURAL, LLC, | ) ) | Judge Dow |
| Defendant. | ) ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Erica Longfield of Swanson, Martin & Bell, LLP moves this Court pursuant to Local Rule 83.17 for leave to withdraw her appearance as counsel of record for plaintiff, Exelon Business Services Company, LLC, and in support of this motion states as follows:

1. On June 22, 2021, Joseph P. Kincaid and Erica S. Longfield filed their appearances of attorneys as counsel of record for plaintiff, Exelon Business Services Company, LLC. On July 12, 2021, Emily J. Fitzgerald filed her appearance also as counsel of record for plaintiff, Exelon Business Services Company, LLC.

2. Due to her upcoming relocation to another law firm, Erica S. Longfield requests withdrawal as counsel in this matter, with Joseph P. Kincaid and Emily J. Fitzgerald remaining counsel of record for plaintiff, Exelon Business Services Company, LLC.

WHEREFORE, Erica S. Longfield of Swanson, Martin & Bell, LLP requests that she be permitted leave to withdraw as counsel of record for plaintiff, Exelon Business Services Company, LLC.

Dated: July 14, 2021

                                                             By:      */s/ Erica S. Longfield*
                                                                               One of its Attorneys

Erica S. Longfield (ARDC 6294436)
Joseph P. Kincaid (ARDC 6202639)
Emily J. Fitzgerald (ARDC 6305923)
SWANSON, MARTIN & BELL, LLP
330 N. Wabash, Suite 3300
Chicago, IL 60611
Ph: (312) 321-9100
jkincaid@smbtrials.com
elongfield@smbtrials.com
efitzgerald@smbtrials.com
*Counsel for Exelon Business Services Company, LLC*